<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court</strong><br><strong>Middle District of Pennsylvania</strong></td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dijan, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **EIN: 23-23033010** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>**1647 Forest Acres Dr.**<br>**Clarks Summit, PA**<br>ZIPCODE **18411** | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lackawanna** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **Food Service**

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dijan, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dijan, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney*

X /s/ Brian E. Manning
_____
    Signature of Attorney for Debtor(s)

**BRIAN E. MANNING 41652**
    Printed Name of Attorney for Debtor(s)

**Law Offices of Brian E. Manning**
    Firm Name

**502 S. Blakely Street, Suite B**
    Address

**Dunmore, PA 18512**

**570-558-1126    brianemanning@comcast.net**
    Telephone Number          e-mail

**August 11, 2010**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Wallace R. McDonald
_____
    Signature of Authorized Individual

**WALLACE R. MCDONALD**
    Printed Name of Authorized Individual

**President**
    Title of Authorized Individual

**August 11, 2010**
    Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re   **Dijan, Inc.** _____ ,
                          Debtor

Case No. _____

Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc. | (4)  Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)  Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WILLOW RUN FOODS  P.O. BOX 1350  BINGHAMTON, NY  13902-1350 | | Unsecured | | 12,095.50 |
| WILLOW RUN FOODS  P.O.BOX 1350  BINGHAMTON, NY  13902-1350 | | Unsecured | | 12,319.32 |
| GUARD INSURANCE  GROUP  P.O. BOX 62479  BALTIMORE, MD  21264-2479 | | Unsecured | | 13,303.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HARTFORD INSURANCE CO. OF THE MIDWEST FLOOD INSURANCE PROCESSING CENT P.O. BOX 410024 SALT LAKE CITY, UT 84141-0024 | | Unsecured | | 13,590.00 |
| JONES KOHANSKI 3939 BIRNEY AVENUE MOOSIC, PA 18507 | | Unsecured | | 15,360.00 |
| RTM OPERATING COMPANY ATTN: LAURA MCCOY STE 1200 1155 PERIMETER CENTER ATLANTA, GA 30338 | | Unsecured | | 15,556.05 |
| RTM OPERATING COMPANY ATTN: LAURA MCCOY STE 1200 1155 PERIMETER CENTER W," ATLANTA, GA 30338 | | Unsecured | | 18,906.24 |
| MUNICIPALITY OF KINGSTON 500 WYOMING AVENUE KINGSTON, PA 18704 | | Unsecured | | 20,032.25 |
| G.H. SCRANTON ASSOCIATES, LP C/O S RIDGE MANAGEMENT, LLC 1000 NORTH FRONT ST, STE 500 WORMLEYSBURG, PA 17043 | | Unsecured | | 23,644.02 |
| MARK DEVELOPMENT CO. P.O. BOX 1389 580 THIRD AVENUE KINGSTON, PA 18704-1389 | | Unsecured | | 26,206.04 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| NE PA BUSINESS ASSOC.INC. 613 BALTIMORE DRIVE E. MOUNTAIN CORP. CENTER WILKES-BARRE, PA 18702 | | Unsecured | | 31,322.41 |
| SONIA YASHICA REAL ESTATES, LLC 4950 DUNHAM DRIVE READING, PA 19606 | | Unsecured | | 42,187.20 |
| GREAT BEND HOLDINGS P.O. BOX 239 HARFORD, PA 18823 | | Unsecured | | 45,695.70 |
| MASTER CONTRACTORS INC. 711 WASHINGTON BLVD. WILLIAMSPORT, PA 17701 | | Unsecured | | 54,860.00 |
| WYOMING VALLEY MALL P.O. BOX 951776 CLEAVELAND, OH 44193 | | Unsecured | | 62,151.22 |
| PR LYCOMING LIMITED PARTNERSHIP NATIONAL CITY BANK P.O. BOX 951740 CLEVELAND, OH 44193 | | Unsecured | | 71,565.52 |
| EMPIRE SCHUYLKILL, LP THE BANCORP BANK ATTN: PAULA MATHEWS PHILADELPHIA, PA 19103 | | Unsecured | | 89,515.88 |
| STATE TAX DEPARTMENT COMPLIANCE DIVISION P.O. BOX 229 CHARLESTON, WV 25321-0229 | | Unsecured | | 228,935.56 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **INTERNAL REVENUE SERVICE P O Box 21126 Philadelphia, PA 19114** | | **Unsecured** | | **478,251.26** |
| **Pennsylvania Department of Revenue Department 280946 Attn: Bankruptcy Division Harrisburg, PA 17128-0946** | | **Unsecured** | | **738,022.40** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    **August 11, 2010**

Signature    **/s/ Wallace R. McDonald**

**WALLACE R. MCDONALD, President**

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Dijan, Inc.**                   Case No. _____

                 Debtor

                                            Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 2,250,000.00 | | |
| B – Personal Property | YES | 3 | $ 660,977.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 3,341,353.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 80 | | $ 2,532,212.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 93 | $ 2,910,977.00 | $ 5,873,566.19 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  Dijan, Inc.
_____
Debtor

Case No. _____

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver.4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc.__ _____   Case No. _____
                   __Debtor__                              __(If known)__

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Store No. 372**<br>**510 Pierce St.**<br>**Kingston, PA 18704** | **Fee Simple** | | **850,000.00** | **2,502,351.97** |
| **Store No. 5798**<br>**408 Suedberg Rd.**<br>**Pine Grove, PA 17963** | **Fee Simple** | | **600,000.00** | **2,502,351.97** |
| **Store No. 5081**<br>**301 Virginia St. West**<br>**Charleton, WV 25302** | **Fee Simple** | | **400,000.00** | **2,502,351.97** |
| **Store No. 1653**<br>**1040 North 4th St.**<br>**Wytherville, VA 24382** | **Fee Simple** | | **400,000.00** | **2,502,351.97** |
| | | Total ➤ | **2,250,000.00** | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re   **Dijan, Inc.**                                       Case No. _____

                    **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand**<br>**All Store Locations** | | **20,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **"Drop" Bank Accounts**<br>**Each Store Location has its own "Drop" account.** | | **56,675.00** |
| | | **Checking Account (Operating Account)**<br>**PNC Bank** | | **6,417.00** |
| | | **Checking Account (Master Account)**<br>**Wachovia Bank** | | **1,298.00** |
| | | **Checking Account (Electronic)**<br>**Wachovia Bank** | | **87.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Uniforms**<br>**In possession of the Debtor(s)** | | **4,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____     Case No. _____
                  **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc.__       Case No. _____
           __Debtor__                                                    __(If known)__

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture Fixtures and Equipment** <br> **All Locations of the Debtor** | | **455,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Food and Inventory** <br> **All Locations of the Debtor** | | **117,500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | __0__ continuation sheets attached    Total | | $ **660,977.00** |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re    **Dijan, Inc.**                                          Case No. _____
              _____
              **Debtor**                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)              ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                   $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Not Applicable.** | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re _____,      Case No. _____

     **Dijan, Inc.**

        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4331** <br><br> **Berkadia (Captec)** <br> **118 Welsh Rd.** <br> **Horsham, PA 19044** | | | Lien: UCC Financing Statement<br>Security: Equipment, Inventory &<br>accounts at Stores 1502 1567 1776<br>Equipment at Stores 1502 1567 1776<br><br>VALUE $    **131,002.00** | | | | **383,598.90** | **252,596.90** |
| ACCOUNT NO. **-000** <br><br> **GREAT AMERICAN LEASING CORP.** <br> **P.O. BOX 660831** <br> **DALLAS, TX 75266-0831** | | | Lien: Lease<br>Security: Specific Equipment<br><br><br>VALUE $    **20,000.00** | | | | **25,073.98** | **5,073.98** |
| ACCOUNT NO. **0469** <br><br> **MAIN STREET BANK** <br> **23970 HWY 59 N** <br> **KINGWOOD, TX 77339** | | | Lien: Lease<br>Security: Specific Equipment<br><br><br>VALUE $    **2,000.00** | | | | **2,316.27** | **316.27** |

_____ **2** _____ continuation sheets attached

Subtotal ▶      $   **410,989.15**    $   **257,987.15**
(Total of this page)

Total ▶      $           $
(Use only on last page)

(Report also on     (If applicable, report
Summary of Schedules)   also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,   Case No. _____
             **Debtor**                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8304**<br><br>**TCF EXPRESS LEASING, INC.**<br>**PO BOX 77077**<br>**MINNEAPOLIS, MN 55480-7777** | | | Lien: Lease<br>Security: Specific Equipment<br><br><br><br>VALUE $        **0.00** | | | | **1,651.00** | **1,651.00** |
| ACCOUNT NO. **1955**<br><br>**US EXPRESS LEASING INC.**<br>**ATTN: DOUG HOLT**<br>**10 WATERVIEW BLVD.**<br>**PARSIPPANY, NJ 07054** | | | Lien: Lease<br>Security: Specific Equipment<br><br><br><br>VALUE $     **5,000.00** | | | | **6,508.50** | **1,508.50** |
| ACCOUNT NO. **232**<br><br>**Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** | | | Lien: Mortgage & UCC's<br>Security: Real Estate, FFE, Inventory and Accounts<br><br><br>VALUE $   **2,500,000.00** | X | | | **959,998.75** | **0.00** |
| ACCOUNT NO. **166**<br><br>**Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** | X | | Lien: Mortgages and UCC's<br>Security: Real Estate, FFE, Inventory and Accounts<br><br><br>VALUE $   **2,500,000.00** | | | | **706,666.89** | **0.00** |
| ACCOUNT NO. **216**<br><br>**Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** | X | | Lien: Mortgage & UCC's<br>Security: Real Estate, FFE, Inventory and Accounts<br><br><br>VALUE $   **2,500,000.00** | | | | **1,253,686.33** | **0.00** |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)      $ **2,928,511.47**    $
(Total(s) of this page)
Total(s)      $      $
(Use only on last page)

(Report also on       (If applicable, report
Summary of Schedules)    also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,    Case No. _____

                 **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1299**<br><br>**XEROX CORP.**<br>**P.O. BOX 827598**<br>**PHILADELPHIA, PA 19182-7598**<br><br>VALUE $     **1,500.00** | | | Lien: Lease<br>Security: Copier | | | | **1,852.66** | **352.66** |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s)<br>(Total(s) of this page) | $   **1,852.66** | $   **352.66** |
|---|---|---|---|
|  | Total(s)<br>(Use only on last page) | $   **3,341,353.28** | $   **261,499.31** |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re___**Dijan, Inc.**_____,     Case No._____

                         Debtor                                                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re___**Dijan, Inc.**_____,     Case No._____
                            Debtor                                                       (if known)

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

____**0**____ **continuation sheets attached**

In re ___Dijan, Inc._____,       Case No. _____

            **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  RENT<br><br>321 DEVELOPMENT, LP.<br>205 NORTH MAIN AVENUE<br>SCRANTON, PA 18504 | | | Consideration: Rent<br>Office Rent | | | | 11,164.60 |
| ACCOUNT NO.  NA<br><br>A HOME TECH SERVICE COMPANY<br>1-3 SAINT JOHN STREET<br>PLAINS, PA 18705 | | | Consideration: Goods or Services | | | | 129.08 |
| ACCOUNT NO.  NA<br><br>ABBI CO., INC.<br>PO BOX 14384<br>READING, PA 19612 | | | Consideration: Goods or Services | | | | 1,963.62 |
| ACCOUNT NO.  NA<br><br>ACTION FIRE & SAFETY EQUIPMENT<br>2336 RT. 11<br>KIRKWOOD, NY 13795 | | | Consideration: Goods or Services | | | | 225.88 |

__79_____continuation sheets attached

                                                         Subtotal ➤  $       13,483.18

                                                           Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Dijan, Inc.                                      ,          Case No. _____
            Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1319<br><br>ADAMS ELECTRONICS<br>"5312 MACCORKLE AVE,SW"<br>SUITE 321<br>SOUTH CHARLESTON, WV 25309 | | | Consideration: Goods or Services | | | | 228.96 |
| ACCOUNT NO.  7875<br><br>AFA SERVICE CORPORATION<br>P O BOX 890951<br>CHARLOTTE, NC 28289-0951 | | | Consideration: Goods or Services | | | | 2,310.00 |
| ACCOUNT NO.  7TK7<br><br>AIRGAS MID AMERICA<br>P O BOX 802615<br>CHICAGO, IL 60680-2615 | | | Consideration: Goods or Services | | | | 131.10 |
| ACCOUNT NO.  SH56<br><br>AIRGAS MID-AMERICA<br>P.O. BOX 802615<br>CHICAGO, IL 30680-2615 | | | Consideration: Goods or Services | | | | 396.10 |
| ACCOUNT NO.  SH57<br><br>AIRGAS MID-AMERICA<br>P.O. BOX 802615<br>CHICAGO, IL 60680-2615 | | | Consideration: Goods or Services | | | | 76.43 |

Sheet no.  1  of  79  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            3,142.59

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____ ,        Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1434 <br><br> ALL MECHANICAL <br> 2521 CHASE ROAD <br> SHAVERTOWN, PA 18708 | | | Consideration: Goods or Services | | | | 896.68 |
| ACCOUNT NO.  1334 <br><br> ALL MECHANICAL <br> 2521 CHASE ROAD <br> SHAVERTOWN, PA 18708-9771 | | | Consideration: Goods or Services | | | | 1,570.03 |
| ACCOUNT NO.  5039 <br><br> ALLEGHENY POWER <br> 800 CABIN HILL DRIVE <br> GREENSBURG, PA 15606 | | | Consideration: Goods or Services | | | | 2,051.47 |
| ACCOUNT NO.  NA <br><br> ALLIED MECHANICAL, INC. <br> P. O. BOX 6329 <br> BLUEFIELD, WV 24701 | | | Consideration: Goods or Services | | | | 1,691.56 |
| ACCOUNT NO.  NA <br><br> ALLIED MECHANICAL, INC. <br> P.O. BOX 6329 <br> BLUEFIELD, WV 24701 | | | Consideration: Goods or Services | | | | 1,599.47 |

Sheet no.  __2__  of  __79__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,809.21

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc._____,  Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1044<br><br>AMER. EXP. CORPORATE CARD<br>P.O. BOX 1270<br>NEWARK, NJ 07101-1270 | | | Consideration: Goods or Services | | | | 3,130.21 |
| ACCOUNT NO.  NA<br><br>AMERICAN LIGHTING<br>95 TRACEY ROAD<br>HANOVER, PA 17331-9679 | | | Consideration: Goods or Services | | | | 586.69 |
| ACCOUNT NO.  2197<br><br>ANDREWS FOOD EQUIPMENT, LLC<br>101 ROZALANNA BUSINESS PARK II<br>DUNBAR, WV 25064 | | | Consideration: Goods or Services | | | | 416.58 |
| ACCOUNT NO.  1624<br><br>ANTRIM TOWNSHIP<br>P.O. BOX 130<br>10655 ANTRIM CHURCH RD.<br>GREENCASTLE, PA 17225 | | | Consideration: Goods or Services | | | | 601.94 |
| ACCOUNT NO.  -0-9<br><br>APPALACHIAN POWER<br>P.O. BOX 24413<br>CANTON, OH 44701-4413 | | | Consideration: Utilities | | | | 1,610.92 |

Sheet no. __3__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,346.34

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc._____,     Case No. _____
                                          Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -0-1 <br><br>APPALACHIAN POWER<br>P.O. BOX 24413<br>CANTON, OH 44701-4413 | | | Consideration: Utilities | | | | 1,627.06 |
| ACCOUNT NO.  -0-7 <br><br>APPALACHIAN POWER COMPANY<br>P.O. BOX 24413<br>CANTON, OH 44701-4413 | | | Consideration: Utilities | | | | 1,717.42 |
| ACCOUNT NO.  3756 <br><br>AQUA PENNSYLVANIA<br>P.O. BOX 1229<br>NEWARK, NJ 07101-1229 | | | Consideration: Utilities | | | | 69.10 |
| ACCOUNT NO.  0049 <br><br>ARCET EQUIPMENT COMAPNY<br>P.O. BOX 10699<br>LYNCHBURG, VA 24506-0699 | | | Consideration: Goods or Services | | | | 358.31 |
| ACCOUNT NO.  7875 <br><br>ARCOP INC.<br>1155 PERIMETER CENTER WEST<br>SUITE 1000<br>ATLANTA, GA 30338 | | | Consideration: Goods or Services | | | | 5,100.00 |

Sheet no. __4__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         8,871.89

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                        ,     Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0169<br><br>ARD, INC<br>P O BOX 187<br>BLUEFIELD, VA 24605 | | | Consideration: Goods or Services | | | | 186.51 |
| ACCOUNT NO.  0722<br><br>ARD, INC.<br>P O BOX 187<br>BLUEFIELD, VA 24605 | | | Consideration: Goods or Services | | | | 1,714.70 |
| ACCOUNT NO.  O166<br><br>ARD, INC.<br>P O BOX 187<br>BLUEFIELD, VA 24605 | | | Consideration: Goods or Services | | | | 714.83 |
| ACCOUNT NO.  1302<br><br>ASPEN PUBLISHERS<br>4829 INNOVATION WAY<br>CHICAGO, IL 60682-0048 | | | Consideration: Goods or Services | | | | 620.16 |
| ACCOUNT NO.  1001<br><br>AT&T<br>P.O. BOX 9001309<br>LOUISVILLE, KY 40290-1309 | | | Consideration: Goods or Services | | | | 2,344.76 |

Sheet no. __5__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  5,580.96

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.                                    ,        Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6564 <br><br>**ATMOS ENERGY**<br>**P.O. BOX 9001949**<br>**LOUISVILLE, KY 40290-1949** | | | Consideration: Goods or Services | | | | 212.01 |
| ACCOUNT NO. <br><br>**B & B SIGNS**<br>**46 CHAMBERLAIN STREET**<br>**SCRANTON, PA 18705** | | | Consideration: Goods or Services | | | | 950.00 |
| ACCOUNT NO.  NA <br><br>**B & N EQUIPMENT REPAIR**<br>**64 HARDY RD**<br>**JOHNSON CITY, NY 13790** | | | Consideration: Goods or Services | | | | 227.22 |
| ACCOUNT NO.  NA <br><br>**B.L. ZARGER PLUMBING & HEATING**<br>**13 SOUTH CARLISLE STREET**<br>**GREENCASTLE, PA 17225** | | | Consideration: Goods or Services | | | | 5.30 |
| ACCOUNT NO.  0666 <br><br>**BADGECO INC.**<br>**P.O. BOX 336**<br>**REDFIELD, AR 72132** | | | Consideration: Goods or Services | | | | 249.05 |

Sheet no.  6   of  79   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ | 1,643.58

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____ ,  Case No. _____

             **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NA <br><br>BARTUSH SIGNS, INC. <br>302 NORTH WASHINGTON STREET <br>ORWIGSBURG, PA 17961 | | | Consideration: Goods or Services | | | | 634.94 |
| ACCOUNT NO.  0867 <br><br>BECKLEY NEWSPAPERS <br>801 NORTH KANAWHA STREET <br>BECKLEY, WV 25801 | | | Consideration: Goods or Services | | | | 24.43 |
| ACCOUNT NO.  RBYS <br><br>BECKLEY WELDING SUPPLY <br>3331 ROBERT C. BYRD DRIVE <br>P.O. BOX 1027 <br>BECKLEY, WV 25802-1027 | | | Consideration: Goods or Services | | | | 152.64 |
| ACCOUNT NO.  5081 <br><br>BELTRAM FOODSERVICE GROUP <br>6800 NORTH FLORIDA AVE <br>TAMPA, FL 33604 | | | Consideration: Goods or Services | | | | 366.19 |
| ACCOUNT NO.  NA <br><br>BENCHMARK ANALYTICS <br>4777 SAUCON CREEK ROAD <br>CENTER VALLEY, PA 18034 | | | Consideration: Goods or Services | | | | 112.50 |

Sheet no. __7__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      1,290.70

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re    Dijan, Inc.                                          ,          Case No. _____

                **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NA**<br><br>**BENCHMARK ANALYTICS**<br>**4777 SAUCON CREEK ROAD**<br>**CENTER VALLEY, PA 18034** | | | Consideration: Goods or Services | | | | 90.00 |
| ACCOUNT NO.  **NA**<br><br>**BENCHMARK ANALYTICS**<br>**4777 SAUCON CREEK ROAD**<br>**CENTER VALLEY, PA 18034** | | | Consideration: Goods or Services | | | | 67.50 |
| ACCOUNT NO.  **NA**<br><br>**BENCHMARK ANALYTICS**<br>**4777 SAUCON CREEK ROAD**<br>**CENTER VALLEY, PA 18034-9004** | | | Consideration: Goods or Services | | | | 90.00 |
| ACCOUNT NO.  **NA**<br><br>**BENNETT ELECTRIC, INC.**<br>**P O BOX 640**<br>**PROSPERITY, WV 25909** | | | Consideration: Goods or Services | | | | 675.00 |
| ACCOUNT NO.  **NA**<br><br>**BENTLEY REFRIGERATION**<br>**RT .1 BOX 24**<br>**HINTON, WV 25951** | | | Consideration: Goods or Services | | | | 788.64 |

Sheet no. __**8**__ of __**79**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  **1,711.14**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re    Dijan, Inc.                                      ,        Case No. _____
_____
              **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **NA**<br><br>**BENTLEY REFRIGERATION**<br>**RT, 1 BOX 24**<br>**HINTON, WV 25951** | | | **Consideration: Goods or Services** | | | | 4,285.35 |
| ACCOUNT NO.   **NA**<br><br>**BENTLEY REFRIGERATION**<br>**RT. 1 BOX 24**<br>**HINTON, WV 25951** | | | **Consideration: Goods or Services** | | | | 2,212.75 |
| ACCOUNT NO.   **NA**<br><br>**BENTLEY REFRIGERATION**<br>**RT. 1 BOX 24**<br>**HINTON, WV 25951** | | | **Consideration: Goods or Services** | | | | 1,758.56 |
| ACCOUNT NO.   **NA**<br><br>**BERK'S SECURITY**<br>**440 PENN AVENUE**<br>**WEST READING, PA 19611** | | | **Consideration: Goods or Services** | | | | 123.16 |
| ACCOUNT NO.   **NA**<br><br>**BERKS SECURITY LOCKSMITH & SAFE SERVICE INC**<br>**440 PENN AVE**<br>**WEST READING, PA 19611** | | | **Consideration: Goods or Services** | | | | 132.84 |

Sheet no. __9__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            8,512.66

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT CO<br>3721 MAHONING AVENUE<br>YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 751.41 |
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT CO.<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 1,099.89 |
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT CO.<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 578.77 |
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT CO.<br>3721 MAHONING AVENUE<br>YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 983.03 |
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OH 44515-5030** | | | **Consideration: Goods or Services** | | | | 315.76 |

Sheet no. __10__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                3,728.86

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____,     Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N001<br><br>BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OH 44515-5030 | | | Consideration: Goods or Services | | | | 133.65 |
| ACCOUNT NO.  N001<br><br>BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OH 44515-5030 | | | Consideration: Goods or Services | | | | 33.02 |
| ACCOUNT NO.  N001<br><br>BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OHIO 44515 | | | Consideration: Goods or Services | | | | 995.81 |
| ACCOUNT NO.  N001<br><br>BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVE.<br>YOUNGSTOWN, OHIO 44515 | | | Consideration: Goods or Services | | | | 733.37 |
| ACCOUNT NO.  N001<br><br>BEZAC EQUIPMENT COMPANY<br>3721 MAHONING AVENUE<br>YOUNGSTOWN, OH 44515 | | | Consideration: Goods or Services | | | | 1,113.00 |

Sheet no. __11__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  3,008.85

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,   Case No. _____

Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT COMPANY**<br>**3721 MAHONING AVENUE**<br>**YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 739.82 |
| ACCOUNT NO.  N001<br><br>**BEZAC EQUIPMENT COMPANY**<br>**3721 MAHONING AVENUE**<br>**YOUNGSTOWN, OH 44515** | | | **Consideration: Goods or Services** | | | | 402.11 |
| ACCOUNT NO.  NA<br><br>**BHI ADVANCED INTERNET SOLUTIONS**<br>**7599 CORPORATE WAY**<br>**EDEN PRARIE, MN 55344** | | | **Consideration: Goods or Services** | | | | 4,774.79 |
| ACCOUNT NO.  6986<br><br>**BLADE UNIFORM DIV OF SUPERIOR**<br>**UNIFORM GROUP**<br>**PO BOX 932058**<br>**ATLANTA, GA 31193-2058** | | | **Consideration: Goods or Services** | | | | 2,488.09 |
| ACCOUNT NO.  NA<br><br>**BLASTAIR MECHANICAL**<br>**4427 12TH AVE.**<br>**TEMPLE, PA 19560** | | | **Consideration: Goods or Services** | | | | 1,416.00 |

Sheet no. __12__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  9,820.81

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,    Case No. _____

           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0441  <br><br>BOROUGH OF GREENCASTLE <br>60 N. WASHINGTON STREET <br>GREENCASTLE, PA 17225 | | | Consideration: Goods or Services | | | | 583.44 |
| ACCOUNT NO.  NA  <br><br>BORSDAM'S INC. <br>1903 ROOSEVELT HIGHWAY <br>HONESDALE, PA 18431 | | | Consideration: Goods or Services | | | | 133.50 |
| ACCOUNT NO.  NA  <br><br>BOVA PROPERTY MAINTENANCE <br>135 LUMBER LN. <br>NEW RINGGOLD, PA 17960 | | | Consideration: Goods or Services | | | | 65.00 |
| ACCOUNT NO.  1041  <br><br>BUREAU FOR CHILD SUPPORT ENFORCEMENT <br>P.O. BOX 247 <br>CHARLESTON, WV 25321 | | | Consideration: Employee Garnishment | | | | 205.39 |
| ACCOUNT NO.  8269  <br><br>BUTTER KRUST <br>249 N 11TH ST <br>SUNBURY, PA 17801 | | | Consideration: Goods or Services | | | | 1,912.49 |

Sheet no. __13__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

            Subtotal ➤  $     **2,899.82**

            Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0*

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                                    ,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7847 <br><br> **BUTTER KRUST** <br> **249 N 11TH ST.** <br> **SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 1,467.85 |
| ACCOUNT NO.  0279 <br><br> **BUTTER KRUST** <br> **249 N 11TH ST.** <br> **SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 3,731.25 |
| ACCOUNT NO.  0025 <br><br> **BUTTER KRUST** <br> **249 N 11TH ST.** <br> **SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 1,923.10 |
| ACCOUNT NO.  0908 <br><br> **BUTTER KRUST** <br> **249 N 11TH ST.** <br> **SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 1,865.92 |
| ACCOUNT NO.  8963 <br><br> **BUTTER KRUST** <br> **249 N. 11TH ST.** <br> **SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 2,203.61 |

Sheet no.  14  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   11,191.73

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____,  Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7897 <br><br> **BUTTER KRUST**<br>**249 N. 11TH ST.**<br>**SUNBURY, PA 17801-2450** | | | **Consideration: Goods or Services** | | | | 1,557.88 |
| ACCOUNT NO.  0281 <br><br> **BUTTER KRUST**<br>**249 N. 11TH ST.**<br>**SUNBURY, PA 17801-2450** | | | **Consideration: Goods or Services** | | | | 1,563.62 |
| ACCOUNT NO.  1380 <br><br> **BUTTER KRUST BAKING CO**<br>**249 N. 11TH ST.**<br>**SUNBURY, PA 17801** | | | **Consideration: Goods or Services** | | | | 3,889.52 |
| ACCOUNT NO.  3353 <br><br> **BUTTER KRUST BAKING CO., INC.**<br>**249 N 11TH ST.**<br>**SUNBURY, PA 17801-2450** | | | **Consideration: Goods or Services** | | | | 1,201.49 |
| ACCOUNT NO.  NA <br><br> **CAPITAL ELECTRIC LLC**<br>**326 DOGWOOD LANE**<br>**WOMELSDORF, PA 19567** | | | **Consideration: Goods or Services** | | | | 331.79 |

Sheet no. __15__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,544.30

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                                    ,        Case No. _____
                                 **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARPINET PLUMBING & HEATING, INC.<br>75 EAST EIGHT STREET<br>WYOMING, PA 18644-2019 | | | Consideration: Goods or Services | | | | 242.79 |
| ACCOUNT NO.  NA<br><br>CARPINET PLUMBING & HEATING, INC.<br>75 EAST EIGHTH STREET<br>WYOMING, PA 18644-2019 | | | Consideration: Goods or Services | | | | 231.80 |
| ACCOUNT NO.  -159<br><br>CENTURY LINK<br>PO BOX 96064<br>CHARLOTTE, NC 28296-0064 | | | Consideration: Goods or Services | | | | 178.05 |
| ACCOUNT NO.  -505<br><br>CENTURYLINK<br>P.O. BOX 96064<br>CHARLOTTE, NC 28296-0064 | | | Consideration: Goods or Services | | | | 81.01 |
| ACCOUNT NO.  3974<br><br>CHARLES STEUHL & SONS<br>P O BOX 97<br>GREELEY, PA 18425 | | | Consideration: Goods or Services | | | | 986.66 |

Sheet no.  16  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,720.31

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc._____,  Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9655<br><br>CHARLESTON/HUNTING. CO-OP<br>C/O JONES KOHANSKI<br>3939 BIRNEY AVE<br>MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 6,250.14 |
| ACCOUNT NO.  2937<br><br>CINTAS CORPORATION LOC. 101<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910 | | | Consideration: Goods or Services | | | | 473.54 |
| ACCOUNT NO.  563<br><br>CINTAS FIRE PROTECTION, LOC #F50<br>P O BOX 636525<br>CINCINNATI, OH 45263-6525 | | | Consideration: Goods or Services | | | | 511.96 |
| ACCOUNT NO.  566<br><br>CINTAS FIRE PROTECTION. LOC #F50<br>P O BOX 636525<br>CINCINNATI, OH 45263-6525 | | | Consideration: Goods or Services | | | | 187.07 |
| ACCOUNT NO.  1606<br><br>CITY OF CHARLESTON<br>FINANCE DEPARTMENT<br>P.O. BOX 2749<br>CHARLESTON, WV 25330-2749 | | | Consideration: Goods or Services | | | | 25.00 |

Sheet no.  17  of  79  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,447.71

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re    Dijan, Inc.
_____ ,        Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **B&O**<br><br>**CITY OF PRINCETON**<br>**100 COURTHOUSE ROAD**<br>**PRINCETON, WV 24740** | | | Consideration: Goods or Services | | | | 15.00 |
| ACCOUNT NO.  **NA**<br><br>**CLOPPER'S HOOD CLEANING**<br>**353 CENTER ST.**<br>**CHAMBERSBURG, PA 17201** | | | Consideration: Goods or Services | | | | 200.00 |
| ACCOUNT NO.  **NA**<br><br>**COAKE AND STEPHENS ELECTRIC**<br>**4942 EAST LEE HWY.**<br>**MAX MEADOWS, VA 24360** | | | Consideration: Goods or Services | | | | 86.00 |
| ACCOUNT NO.  **9002**<br><br>**COLUMBIA GAS OF PA**<br>**P.O. BOX 830012**<br>**BALTIMORE, MD 21283-0012** | | | Consideration: Goods or Services | | | | 298.05 |
| ACCOUNT NO.<br><br>**COMMERCIAL ELECTRONICS**<br>**3421 HOLLENBERG DRIVE**<br>**BRIDGETON, MO 63044** | | | Consideration: Goods or Services | | | | 4.00 |

Sheet no. __18__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤       $              603.05

Total ➤       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Dijan, Inc._____,    Case No. _____
                     Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 572F <br><br> COMMERCIAL ELECTRONICS <br> 3421 HOLLENBERG DRIVE <br> BRIDGETON, MO 63044 | | | Consideration: Goods or Services | | | | 324.35 |
| ACCOUNT NO. 572G <br><br> COMMERCIAL ELECTRONICS <br> 3421 HOLLENBERG DRIVE <br> BRIDGETON, MO 63044 | | | Consideration: Goods or Services | | | | 123.93 |
| ACCOUNT NO. 4088 <br><br> COMMERCIAL ELECTRONICS <br> 3421 HOLLENBERG DRIVE <br> BRIDGETON, MO 63044 | | | Consideration: Goods or Services | | | | 121.89 |
| ACCOUNT NO. 86AR <br><br> COREY BROTHERS INC. <br> P O BOX 166 <br> CHARLESTON, WV 25321 | | | Consideration: Goods or Services | | | | 185.00 |
| ACCOUNT NO. NA <br><br> CRISPINO'S REFRIGERATION <br> P O BOX 527 <br> DALTON, PA 18414 | | | Consideration: Goods or Services | | | | 1,393.90 |

Sheet no. __19__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,149.07
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0*

In re __Dijan, Inc._____,     Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA**<br><br>**CRISPINO'S REFRIGERATION & AIR CONDITIONING INC.**<br>**P.O. BOX 527**<br>**DALTON, PA 18414** | | | Consideration: Goods or Services | | | | 429.30 |
| ACCOUNT NO. **1065**<br><br>**CROOK BROTHERS**<br>**599 MARKET ROAD**<br>**BECKLEY, WV 25801** | | | Consideration: Goods or Services | | | | 18.60 |
| ACCOUNT NO. **1066**<br><br>**CROOK BROTHERS**<br>**599 MARKET ROAD**<br>**BECKLEY, WV 25801** | | | Consideration: Goods or Services | | | | 217.95 |
| ACCOUNT NO. **1080**<br><br>**CROOK BROTHERS**<br>**599 MARKET ROAD**<br>**BECKLEY, WV 25801** | | | Consideration: Goods or Services | | | | 337.50 |
| ACCOUNT NO. **0001**<br><br>**CROSIER'S SANITARY SERVICE, INC.**<br>**HC 65 BOX 84**<br>**ANSTED, WV 25812-9718** | | | Consideration: Goods or Services | | | | 485.48 |

Sheet no. __20__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,488.83

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., - ver. 4.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____,   Case No. _____
                   **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0622<br><br>DARLING INTERNATIONAL INC.<br>P O BOX 552210<br>DETROIT, MI 48255-2210 | | | Consideration: Goods or Services | | | | 34.12 |
| ACCOUNT NO.  NA<br><br>DAVIS & COMPANY<br>1705 BALTIC AVENUE<br>VIRGINIA BEACH, VA 23451 | | | Consideration: Goods or Services | | | | 6,436.31 |
| ACCOUNT NO.  1901<br><br>DELUXE BUSINESS CHECKS AND SOLUTIONS<br>P O BOX 742572<br>CINCINNATI, OH 45274-2572 | | | Consideration: Goods or Services | | | | 449.70 |
| ACCOUNT NO.<br><br>DISCOUNT TAPE 'N ROLL<br>246 E. 131ST STREET<br>CLEVELAND, OH 44118 | | | Consideration: Goods or Services | | | | 59.00 |
| ACCOUNT NO.  NA<br><br>DISPOSAL MANAGEMENT SERVICES INC.<br>154 QUARRY ROAD<br>COAL TOWNSHIP, PA 17866 | | | Consideration: Goods or Services | | | | 2,019.91 |

Sheet no.  21  of  79  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  8,999.04

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____ ,     Case No. _____

 Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2-03<br><br>DODSON PEST CONTROL<br>P.O. BOX 553<br>BLUEFIELD, WV 24701-0553 | | | Consideration: Goods or Services | | | | 185.50 |
| ACCOUNT NO.  TAX<br><br>DON WILKINSON AGENCY<br>1144 WYOMING AVENUE<br>FORTY FORT, PA 18704 | | | Consideration: Tax | | | | 1,357.33 |
| ACCOUNT NO.  TAX<br><br>DON WILKINSON AGENCY<br>P.O. BOX 347<br>BERWICK, PA 18603 | | | Consideration: Real Estate Tax | | | | 450.96 |
| ACCOUNT NO.  0029<br><br>DRESSEL WELDING SUPPLY, INC.<br>PO BOX 2028<br>YORK, PA 17405 | | | Consideration: Goods or Services | | | | 84.26 |
| ACCOUNT NO.  NA<br><br>E&M REFRIGERATION & REPAIRS<br>251 EIGENBRODE DRIVE<br>McCONNELLSBERG, PA 17233 | | | Consideration: Goods or Services | | | | 218.00 |

Sheet no. __22__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,296.05

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____ ,     Case No. _____
                   **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0228 <br><br> EARTHGRAINS / SARA LEE BAKERY GROUP<br>P O BOX 4412<br>BRIDGETON, MO 63044-4412 | | | Consideration: Goods or Services | | | | 176.82 |
| ACCOUNT NO.  0761 <br><br> EARTHGRAINS / SARA LEE BAKERY GROUP<br>P O BOX 4412<br>BRIDGETON, MO 63044-4412 | | | Consideration: Goods or Services | | | | 166.00 |
| ACCOUNT NO.  0795 <br><br> EARTHGRAINS / SARA LEE BAKERY GROUP<br>P O BOX 4412<br>BRIDGETON, MO 63044-4412 | | | Consideration: Goods or Services | | | | 529.70 |
| ACCOUNT NO.  0799 <br><br> EARTHGRAINS / SARA LEE BAKERY GROUP<br>P O BOX 4412<br>BRIDGETON, MO 63044-4412 | | | Consideration: Goods or Services | | | | 319.20 |
| ACCOUNT NO.  1450 <br><br> EARTHGRAINS / SARA LEE BAKERY GROUP<br>P O BOX 4412<br>BRIDGETON, MO 63044-4412 | | | Consideration: Goods or Services | | | | 226.50 |

Sheet no. __23__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,418.22

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NA** <br><br> **ELCO MECHANICAL CONTRACTORS**<br>**P O BOX 349**<br>**CHARLESTON, WV 25322** | | | Consideration: Goods or Services | | | | 5,081.46 |
| ACCOUNT NO.  **NA** <br><br> **ELCO MECHANICAL CONTRACTORS**<br>**P O BOX 349**<br>**CHARLESTON, WV 25322** | | | Consideration: Goods or Services | | | | 600.25 |
| ACCOUNT NO.  **NA** <br><br> **ELCO MECHANICAL CONTRACTORS**<br>**P O BOX 349**<br>**CHARLESTON, WV 25322** | | | Consideration: Goods or Services | | | | 291.62 |
| ACCOUNT NO.  **0823** <br><br> **EMPIRE SCHUYLKILL, LP**<br>**THE BANCORP BANK**<br>**ATTN:  PAULA MATHEWS**<br>**PHILADELPHIA, PA 19103** | | | Consideration: Goods or Services | | | | 89,515.88 |
| ACCOUNT NO.  **5000** <br><br> **ENERGY MANAGEMENT SYSTEMS**<br>**ACCTS RECEIVABLE DEPT 1551**<br>**PO BOX 538**<br>**MALVERN, PA 19355** | | | Consideration: Goods or Services | | | | 6,549.73 |

Sheet no. **24** of **79** continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    102,038.94

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc._____,   Case No. _____
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   00-4<br><br>**FEDERAL EXPRESS**<br>**P.O. BOX 371461**<br>**PITTSBURGH, PA 15250-7461** | | | **Consideration: Goods or Services** | | | | 1,379.48 |
| ACCOUNT NO.   CHA<br><br>**FIRE SAFETY PRODUCTS INC.**<br>**P O BOX 5090**<br>**CHRISTIANSBURG, VA 24068** | | | **Consideration: Goods or Services** | | | | 705.32 |
| ACCOUNT NO.   WYT<br><br>**FIRE SAFETY PRODUCTS INC.**<br>**P.O. BOX 5090**<br>**CHRISTIANSBURG, VA 24068** | | | **Consideration: Goods or Services** | | | | 750.62 |
| ACCOUNT NO.   BLU<br><br>**FIRE SAFETY PRODUCTS INC.**<br>**P.O. BOX 5090**<br>**CHRISTIANSBURG, VA 24073** | | | **Consideration: Goods or Services** | | | | 563.38 |
| ACCOUNT NO.   BEC<br><br>**FIRE SAFETY PRODUCTS, INC**<br>**P.O. BOX 5090**<br>**CHRISTIANSBURG, VA 24068** | | | **Consideration: Goods or Services** | | | | 640.62 |

Sheet no. **25** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      **4,039.42**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re <u>Dijan, Inc.</u>                                    ,     Case No. _____

            **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.– ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PRI<br><br>FIRE SAFETY PRODUCTS, INC.<br>P.O. BOX 5090<br>CHRISTIANSBURG, VA 24068 | | | Consideration: Goods or Services | | | | 713.86 |
| ACCOUNT NO.  R050<br><br>FOOD AUTOMATION - SERVICE TECHNIQUES, INC.<br>P O BOX 1181<br>BRIDGEPORT, CT 06601 | | | Consideration: Goods or Services | | | | 630.79 |
| ACCOUNT NO.<br><br>FOOD SERVICE SUPPLIES INC<br>P.O. BOX 65206<br>CHARLOTTE, NC 28265-0206 | | | Consideration: Goods or Services | | | | 0.96 |
| ACCOUNT NO.  TAX<br><br>FRANCIS HEINBACH<br>PINE GROVE TOWNSHIP TAX COLLECT<br>20 BROOKSIDE ROAD<br>PINE GROVE, PA 17963 | | | Consideration: Rea; Estate Tax | | | | 6,390.02 |
| ACCOUNT NO.  NA<br><br>FRANKLIN MACHINE PRODUCTS, INC.<br>P.O. BOX 8500 S-41570<br>PHILADELPHIA, PA 19178 | | | Consideration: Goods or Services | | | | 20.14 |

Sheet no. __26__ of __79__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal ➤   $     7,755.77

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Dijan, Inc. _____ ,  Case No. _____

                  **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8004<br><br>**FRONTIER**<br>**P O BOX 20550**<br>**ROCHESTER, NY 14602-0550** | | | **Consideration: Goods or Services** | | | | 318.96 |
| ACCOUNT NO.  1004<br><br>**FRONTIER**<br>**P O BOX 20550**<br>**ROCHESTER, NY 14602-0550** | | | **Consideration: Goods or Services** | | | | 229.89 |
| ACCOUNT NO.  RENT<br><br>**G.H. SCRANTON ASSOCIATES, LP**<br>**C/O S RIDGE MANAGEMENT, LLC**<br>**1000 NORTH FRONT ST, STE 500**<br>**WORMLEYSBURG, PA 17043** | | | **Consideration: Rent**<br>**Store Number 7610** | | | | 23,644.02 |
| ACCOUNT NO.  NA<br><br>**GEORGE WELDING SUPPLY CO.**<br>**205 TOMBS LANE**<br>**MONTOURSVILLE, PA 17754** | | | **Consideration: Goods or Services** | | | | 274.00 |
| ACCOUNT NO.  1223<br><br>**GLEN CARBONIC GAS CO**<br>**P O BOX 650**<br>**PLYMOUTH, PA 18651** | | | **Consideration: Goods or Services** | | | | 225.97 |

Sheet no. __27__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     24,692.84

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3339<br><br>**GLEN CARBONIC GAS CO**<br>**PO BOX 650**<br>**PLYMOUTH, PA 18651** | | | **Consideration: Goods or Services** | | | | 150.67 |
| ACCOUNT NO.  3628<br><br>**GLEN CARBONIC GAS CO.**<br>**P O BOX 650**<br>**PLYMOUTH, PA 18651** | | | **Consideration: Goods or Services** | | | | 150.67 |
| ACCOUNT NO.  3339<br><br>**GLEN CARBONIC GAS CO.**<br>**PO BOX 650**<br>**PLYMOUTH, PA 18651** | | | **Consideration: Goods or Services** | | | | 150.67 |
| ACCOUNT NO.  3637<br><br>**GLEN CARBONIC GAS CO.**<br>**PO BOX 650**<br>**PLYMOUTH, PA 18651** | | | **Consideration: Goods or Services** | | | | 228.17 |
| ACCOUNT NO.  0059<br><br>**GLEN SUMMIT SPRINGS WATER COMPANY, INC.**<br>**P.O. BOX 129**<br>**MOUNTAINTOP, PA 18707-0129** | | | **Consideration: Goods or Services** | | | | 31.50 |

Sheet no. __28__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $　711.68

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,    Case No. _____
                  **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **RENT**<br><br>**GREAT BEND HOLDINGS**<br>**P.O. BOX 239**<br>**HARFORD, PA 18823** | | | **Consideration: Rent**<br>**Store Closed** | | | | 45,695.70 |
| ACCOUNT NO.  **5948**<br><br>**GUARD INSURANCE GROUP**<br>**P.O. BOX 62479**<br>**BALTIMORE, MD 21264-2479** | | | **Consideration: Goods or Services** | | | | 13,303.00 |
| ACCOUNT NO.  **TAX**<br><br>**HAB-BPT**<br>**BERKHEIMER ASSOCIATES**<br>**325-A N. POTTSTOWN PIKE**<br>**EXTON, PA 19341-2290** | | | **Consideration: Tax** | | | | 541.10 |
| ACCOUNT NO.  **NA**<br><br>**HAGERSTOWN PAINT & GLASS COMPANY**<br>**18136 OAK RIDGE DRIVE**<br>**HAGERSTOWN, MD 21740** | | | **Consideration: Goods or Services** | | | | 16.88 |
| ACCOUNT NO.  **0358**<br><br>**HALLSTEAD GREAT BEND JOINT SEWER AUTHORITY**<br>**P.O. BOX 747**<br>**GREAT BEND, PA 18821-0747** | | | **Consideration: Goods or Services** | | | | 497.03 |

Sheet no. __29__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    60,053.71

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.~ ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.                                      ,     Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ANCE<br><br>HARTFORD INSURANCE CO. OF THE MIDWEST<br>FLOOD INSURANCE PROCESSING CENT<br>P.O. BOX 410024<br>SALT LAKE CITY, UT 84141-0024 | | | Consideration: Goods or Services | | | | 13,590.00 |
| ACCOUNT NO.  NA<br><br>HATFIELD LAWN & LAND<br>229 CABELL HTS ROAD<br>BECKLEY, WV 25801 | | | Consideration: Goods or Services | | | | 500.00 |
| ACCOUNT NO.  NA<br><br>HLAVATY PLUMB-HEAT-COOL<br>86 EAST POTTSVILLE STREET<br>PINE GROVE, PA 17963 | | | Consideration: Goods or Services | | | | 350.50 |
| ACCOUNT NO.  7456<br><br>HM ELECTRONICS<br>14110 STOWE DRIVE<br>POWAY, CA 92064 | | | Consideration: Goods or Services | | | | 335.00 |
| ACCOUNT NO.  0013<br><br>HOBART*<br>1335 RT 315 PLAINS TWP.<br>WILKES BARRE, PA 18702 | | | Consideration: Goods or Services | | | | 1,880.87 |

Sheet no.  30  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  16,656.37

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____,  Case No. _____

         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA**<br><br>HOLMES UPHOLSTERING<br>570 CEMETERY DR.<br>HUGHESVILLE, PA 17737 | | | **Consideration: Goods or Services** | | | | 12.72 |
| ACCOUNT NO. **NA**<br><br>HURST SIGN COMPANY, INC<br>1138 CAPOUSE AVENUE<br>SCRANTON, PA 18509 | | | **Consideration: Goods or Services** | | | | 745.57 |
| ACCOUNT NO. **NA**<br><br>HURST SIGN COMPANY, INC.<br>1138 CAPOUSE AVE.<br>SCRANTON, PA 18509 | | | **Consideration: Goods or Services** | | | | 1,127.05 |
| ACCOUNT NO. **7711**<br><br>I SUPPLY COMPANY<br>1255 SPANGLER ROAD<br>PO BOX 1739<br>FAIRBORN, OH 45324 | | | **Consideration: Goods or Services** | | | | 3,481.50 |
| ACCOUNT NO. **0142**<br><br>INDEPENDENCE COMM. INC<br>P O BOX 7519<br>PHILADELPHIA, PA 19101-7519 | | | **Consideration: Goods or Services** | | | | 159.19 |

Sheet no. __31__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      5,526.03

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc.                                              ,      Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**INDEPENDENCE COMM. INC**<br>**PO BOX 7519**<br>**PHILADELPHIA, PA 19101-7519** | | | Consideration: Goods or Services | | | | 352.12 |
| ACCOUNT NO.<br><br>**INDEPENDENCE COMM. INC.**<br>**P.O. BOX 7519**<br>**PHILADELPHIA, PA 19101-7519** | | | Consideration: Goods or Services | | | | 147.39 |
| ACCOUNT NO.<br><br>**INDEPENDENCE COMMUNICATIONS INC.**<br>**P.O. BOX 7519**<br>**PHILADELPHIA, PA 19101-7519** | | | Consideration: Goods or Services | | | | 299.72 |
| ACCOUNT NO.   **0141**<br><br>**INDEPENDENCE COMMUNICATIONS, INC.**<br>**P O BOX 7519**<br>**PHILADELPHIA, PA 19101-7519** | | | Consideration: Goods or Services | | | | 159.19 |
| ACCOUNT NO.   **0143**<br><br>**INDEPENDENCE COMMUNICATIONS,INC**<br>**P O BOX 7519**<br>**PHILADELPHIA, PA 19101-7519** | | | Consideration: Goods or Services | | | | 159.19 |

Sheet no. __32__ of __79__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   1,117.61

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____ ,     Case No. _____
            **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0120 <br><br> INDEPENDENCE COMMUNICATIONS,INC<br>P O BOX 7519<br>PHILADELPHIA, PA 19101-7519 | | | Consideration: Goods or Services | | | | 127.74 |
| ACCOUNT NO.  NA <br><br> INDUSTRIAL STEM CLEANING OF PA<br>P.O. BOX 4006<br>READING, PA 19606 | | | Consideration: Goods or Services | | | | 477.00 |
| ACCOUNT NO.  3301 <br><br> INTERNAL REVENUE SERVICE<br>P O Box 21126<br>Philadelphia, PA 19114 | | | Consideration: Taxes | | | | 478,251.26 |
| ACCOUNT NO.  NA <br><br> INTERNATIONAL ENVIRONMENTAL MANAGEM<br>24516 NETWORK PLACE<br>CHICAGO, IL 60673-1245 | | | Consideration: Goods or Services | | | | 2,684.28 |
| ACCOUNT NO.  1004 <br><br> INTERNATIONAL ENVIRONMENTAL MANAGEMENT, INC.<br>24516 NETWORK PLACE<br>CHICAGO, IL 60673-1245 | | | Consideration: Goods or Services | | | | 630.87 |

Sheet no. __33__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 482,171.15

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dijan, Inc.</u>,                                    Case No. _____
<div align="center">Debtor                                                    (If known)</div>

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J & J HVAC & REFRIGERATION LLC<br>28 TAMAQUA STREET<br>TAMAQUA, PA 18252 | | | Consideration: Goods or Services | | | | 150.00 |
| ACCOUNT NO.   NA<br><br>J & M HEATING & AIR CONDITIONING<br>367 DAYTONA DR<br>PRINCETON, WV 24740 | | | Consideration: Goods or Services | | | | 252.81 |
| ACCOUNT NO.   1176<br><br>J.C. EHRLICH<br>P O BOX 13848<br>READING, PA 19612-3848 | | | Consideration: Goods or Services | | | | 153.70 |
| ACCOUNT NO.   6094<br><br>J.C. EHRLICH<br>P.O. BOX 13848<br>READING, PA 19612-3848 | | | Consideration: Goods or Services | | | | 96.76 |
| ACCOUNT NO.   3483<br><br>J.C. EHRLICH CO. INC.<br>149 W. CEMETERY ST.<br>ASHLEY, PA 18706 | | | Consideration: Goods or Services | | | | 181.53 |

Sheet no. <u>34</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

<div align="right">Subtotal ➤   $        834.80</div>
<div align="right">Total ➤   $</div>

<div align="center">(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.)</div>

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____,  Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1176  J.C. EHRLICH CO., INC. P O BOX 13848 READING, PA 19612-3848 | | | Consideration: Goods or Services | | | | 530.00 |
| ACCOUNT NO.  1176  J.C. EHRLICH CO., INC. P.O. BOX 13848 READING, PA 19612 | | | Consideration: Goods or Services | | | | 203.52 |
| ACCOUNT NO.  3695  J.C. EHRLICH CO., INC. P.O. BOX 13848 READING, PA 19612-3848 | | | Consideration: Goods or Services | | | | 229.02 |
| ACCOUNT NO.  1176  J.C. EHRLICH CO., INC. PO BOX 13848 READING, PA 19612 | | | Consideration: Goods or Services | | | | 432.48 |
| ACCOUNT NO.  5744  J.C. EHRLICH CO.,INC. P.O. BOX 13848 READING, PA 19612-3848 | | | Consideration: Goods or Services | | | | 394.32 |

Sheet no. __35__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,789.34

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re    Dijan, Inc._____,    Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NA<br><br>JERRY HILBERT, LLC<br>2350 PENNSYLVANIA AVE<br>CHARLESTON, WV 25302 | | | Consideration: Goods or Services | | | | 394.85 |
| ACCOUNT NO.  NA<br><br>JIM CANDERS, LTD<br>P.O. BOX 545<br>WEST SAND LAKE, NY 12196 | | | Consideration: Goods or Services | | | | 65.00 |
| ACCOUNT NO.  7694<br><br>JOE'S DISPOSAL SERVICE INC.<br>P.O. BOX 897<br>HALLSTEAD, PA 18822-0897 | | | Consideration: Goods or Services | | | | 1,050.71 |
| ACCOUNT NO.  I001<br><br>JONES KOHANSKI<br>3939 BIRNEY AVENUE<br>MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 15,360.00 |
| ACCOUNT NO.  NA<br><br>JOSEPH WELLS<br>11 NORTH WALNUT ST<br>WILKES BARRE, PA 18702 | | | Consideration: Goods or Services | | | | 550.00 |

Sheet no.  36  of  79  continuation sheets attached       Subtotal ➤  |  $  | 17,420.56
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                            Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Dijan, Inc._____,    Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  J001<br><br>K&D FACTORY SERVICE INC.<br>1833-41 N. CAMERON ST.<br>HARRISBURG, PA 17103 | | | Consideration: Goods or Services | | | | 2,415.92 |
| ACCOUNT NO.  NA<br><br>K-KLEEN, INC<br>P O BOX 18706<br>ASHLEY, PA 18706 | | | Consideration: Goods or Services | | | | 212.00 |
| ACCOUNT NO.  0609<br><br>KAPP ADVERTISING SERVICE<br>P.O. BOX 40<br>LEBANON, PA 17042 | | | Consideration: Goods or Services | | | | 1,287.00 |
| ACCOUNT NO.  6651<br><br>KAPPUS COMPANY<br>P O BOX 76111<br>CLEVELAND, OH 44101-4755 | | | Consideration: Goods or Services | | | | 24.18 |
| ACCOUNT NO.  7020<br><br>KAPPUS COMPANY<br>P.O. BOX 76111<br>CLEVELAND, OH 44101-4755 | | | Consideration: Goods or Services | | | | 30.18 |

Sheet no. __37__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   3,969.28

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc._____,  Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7030<br><br>KAPPUS COMPANY<br>P.O. BOX 76111<br>CLEVELAND, OH 44101-4755 | | | Consideration: Goods or Services | | | | 20.18 |
| ACCOUNT NO. 7240<br><br>KAPPUS COMPANY<br>P.O. BOX 76111<br>CLEVELAND, OH 44101-4755 | | | Consideration: Goods or Services | | | | 14.89 |
| ACCOUNT NO. NA<br><br>KAUFMAN DOLOWICH & VOLUCK,LLP<br>135 CROSSWAYS PARK DRIVE, STE 2"<br>WOODBURY, NY 11797 | | | Consideration: Goods or Services | | | | 11.02 |
| ACCOUNT NO. NA<br><br>KING OUTDOOR ADVERTISING CO.<br>P.O. BOX 912<br>SCRANTON, PA 18501 | | | Consideration: Goods or Services | | | | 1,200.00 |
| ACCOUNT NO. 5405<br><br>KINT<br>PO BOX 60490<br>1300 CROOKED HILL ROAD<br>HARRISBURG, PA 17110 | | | Consideration: Goods or Services | | | | 141.62 |

Sheet no. __38__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,387.71

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____ ,     Case No. _____

             **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4749 <br><br>**KISTLER O'BRIEN<br>2210 CITY LINE ROAD<br>BETHLEHEM, PA 18017-2171** | | | **Consideration: Goods or Services** | | | | 269.77 |
| ACCOUNT NO.  3095 <br><br>**KISTLER O'BRIEN<br>2210 CITY LINE ROAD<br>BETHLEHEM, PA 18017-2171** | | | **Consideration: Goods or Services** | | | | 172.78 |
| ACCOUNT NO.  NA <br><br>**KISTLER O'BRIEN FIRE PROTECTION<br>2210 CITY LINE ROAD<br>BETHLEHEM, PA 18017-2171** | | | **Consideration: Goods or Services** | | | | 152.11 |
| ACCOUNT NO.  0370 <br><br>**KISTLER-O'BRIEN FIRE<br>2210 CITY LINE ROAD<br>BETHLEHEM, PA 18017** | | | **Consideration: Goods or Services** | | | | 160.59 |
| ACCOUNT NO. <br><br>**KLINE'S<br>5 HOLLAND STREET<br>SALUNGA, PA 17538** | | | **Consideration: Goods or Services** | | | | 205.00 |

Sheet no.  39  of  79  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      960.25

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc.                                                    ,        Case No. _____
                     **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   NA <br><br> **KNERR HEATING, AIR COND. & REFRIGER. P.O. BOX 235 LANDISBURG, PA 17040** | | | **Consideration: Goods or Services** | | | | 695.16 |
| ACCOUNT NO.   NA <br><br> **KOBERLEIN SEPTIC CLEANING R R 4 BOX 4116 HONESDALE, PA 18431** | | | **Consideration: Goods or Services** | | | | 5.11 |
| ACCOUNT NO.   C328 <br><br> **KWIK KAFE COMPANY, INC. 204 FURNACE STREET BLUEFIELD, VA 24605** | | | **Consideration: Goods or Services** | | | | 145.50 |
| ACCOUNT NO.   C328 <br><br> **KWIK KAFE COMPANY, INC. 204 FURNACE STREET BLUEFIELD, VA 34605** | | | **Consideration: Goods or Services** | | | | 253.48 |
| ACCOUNT NO.   C328 <br><br> **KWIK KAFE COMPANY, INC. 204 FURNACE STREET BLUEFIELD, WV 24605** | | | **Consideration: Goods or Services** | | | | 393.00 |

Sheet no. __40__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 1,492.25

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc. _____ ,        Case No. _____
                  **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NA <br><br> LEBER ELECTRIC, INC. <br> 1017 W. LACKAWANNA AVENUE <br> SCRANTON, PA 18504 | | | Consideration: Goods or Services | | | | 1,001.20 |
| ACCOUNT NO.  1042 <br><br> LECCE ELECTRIC, INC. <br> 1843 LIBERTY DR. <br> WILLIAMSPORT, PA 17701 | | | Consideration: Goods or Services | | | | 3,320.48 |
| ACCOUNT NO.  NA <br><br> LONG LIFE LIGHTING & SIGN <br> 665 PERIMETER RD <br> GREENVILLE, SC 29605 | | | Consideration: Goods or Services | | | | 2,712.29 |
| ACCOUNT NO.  9999 <br><br> LUSK DISPOSAL SERVICE INC <br> P.O. BOX 300 <br> BLUEFIELD, WV 24701 | | | Consideration: Goods or Services | | | | 1,233.24 |
| ACCOUNT NO.  5391 <br><br> LUSK DISPOSAL SERVICE INC <br> P.O. BOX 300 <br> BLUEFIELD, WV 24701 | | | Consideration: Goods or Services | | | | 1,174.09 |

Sheet no. __41__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   9,441.30

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Dijan, Inc._____,   Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5400<br><br>LUSK DISPOSAL SERVICE INC<br>P.O. BOX 300<br>BLUEFIELD, WV 24701 | | | Consideration: Goods or Services | | | | 622.74 |
| ACCOUNT NO.   NA<br><br>LYCO MICRO<br>2035 LCOMING CREEK ROAD<br>WILLIAMSPORT, PA 17701-1206 | | | Consideration: Goods or Services | | | | 63.60 |
| ACCOUNT NO.   NA<br><br>M.S. JOHNSTON CO. INC.<br>13261 PENNSYLVANIA AVE.<br>HAGERSTOWN, MD 21742-2698 | | | Consideration: Goods or Services | | | | 471.73 |
| ACCOUNT NO.   NA<br><br>MACCARL FOOD EQUIPMENT INC.<br>814 READING STREET<br>HARRISBURG, PA 17104 | | | Consideration: Goods or Services | | | | 644.64 |
| ACCOUNT NO.   2010<br><br>MAN LEVY NOGI INC.<br>P.O. BOX S<br>CLARKS SUMMIT, PA 18411 | | | Consideration: Goods or Services | | | | 8,212.18 |

Sheet no. __42__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  10,014.89

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc._____,  Case No. _____

Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NA<br><br>MAN, LEVY AND NOGI, INC.<br>P.O. BOX S<br>CLARKS SUMMIT, PA 18411 | | | Consideration: Goods or Services | | | | 3,000.00 |
| ACCOUNT NO.  RENT<br><br>MARK DEVELOPMENT CO.<br>P.O. BOX 1389<br>580 THIRD AVENUE<br>KINGSTON, PA 18704-1389 | | | Consideration: Rent<br>Store 6467 | | | | 26,206.04 |
| ACCOUNT NO.  NA<br><br>MASTER CONTRACTORS INC.<br>711 WASHINGTON BLVD.<br>WILLIAMSPORT, PA 17701 | | | Consideration: Goods or Services | | | | 54,860.00 |
| ACCOUNT NO.<br><br>Matthew Tashman, Esquire<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103 | | | | | | | 0.00 |
| ACCOUNT NO.  1502<br><br>MBM CORPORATION<br>P.O. BOX 933026<br>ATLANTA, GA 31193-3026 | | | Consideration: Goods or Services | | | | 6,933.13 |

Sheet no. __43__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  90,999.17

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re Dijan, Inc. _____,   Case No. _____
                         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1567<br><br>MBM CORPORATION<br>P.O. BOX 933026<br>ATLANTA, GA 31193-3026 | | | Consideration: Goods or Services | | | | 5,687.26 |
| ACCOUNT NO. 1653<br><br>MBM CORPORATION<br>P.O. BOX 933026<br>ATLANTA, GA 31193-3026 | | | Consideration: Goods or Services | | | | 7,704.03 |
| ACCOUNT NO. 1776<br><br>MBM CORPORATION<br>P.O. BOX 933026<br>ATLANTA, GA 31193-3026 | | | Consideration: Goods or Services | | | | 8,759.90 |
| ACCOUNT NO. NA<br><br>MCGOVERN & COMPANY INC.<br>2454 PAPOOSE COVE<br>AUBURN, PA 17922 | | | Consideration: Goods or Services | | | | 137.80 |
| ACCOUNT NO. NA<br><br>MCLAUGHLIN'S LANDSCAPING UNLIMITED<br>467 REAR GROVE STREET<br>PRINGLE, PA 18704 | | | Consideration: Goods or Services | | | | 842.40 |

Sheet no. __44__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,131.39

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Dijan, Inc._____,  Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA** <br><br> **MICROBAC NEW YORK** <br> **PO BOX 5150** <br> **CORTLAND, NY 13045-5150** | | | Consideration: Goods or Services | | | | 318.00 |
| ACCOUNT NO. **NA** <br><br> **MOBILE WORKS LLC.** <br> **12300 COOL HOLLOW RD.** <br> **GREENCASTLE, PA 17225** | | | Consideration: Goods or Services | | | | 220.00 |
| ACCOUNT NO. **NA** <br><br> **MODLEY'S PLUMBING & HEAT** <br> **101 FIRST STREET** <br> **P O BOX 1757** <br> **BECKLEY, WV 25802-1757** | | | Consideration: Goods or Services | | | | 140.45 |
| ACCOUNT NO. **3573** <br><br> **MOPAC** <br> **BOX #2931** <br> **P.O. BOX 8500** <br> **PHILADELPHIA, PA 19178-2931** | | | Consideration: Goods or Services | | | | 30.00 |
| ACCOUNT NO. **NA** <br><br> **MOR-TRONICS CO** <br> **17 MILL STREET** <br> **WILKES BARRE, PA 18705** | | | Consideration: Goods or Services | | | | 153.70 |

Sheet no. __45__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 862.15

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____,    Case No. _____
         **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA**<br><br>**MOUNTAIN STATE REFRIGERATION**<br>**237 GREENWOOD DR**<br>**WILLIAMSTOWN, WV 26187** | | | Consideration: Goods or Services | | | | 2,493.35 |
| ACCOUNT NO. **7900**<br><br>**MOUNTAINEER GAS COMPANY**<br>**P O BOX 362**<br>**CHARLESTON, WV 25322-0362** | | | Consideration: Goods or Services | | | | 166.27 |
| ACCOUNT NO. **NC00**<br><br>**MULLIGAN PRINTING CORP**<br>**312 MILE ROAD**<br>**TUNKHANNOCK, PA 18657** | | | Consideration: Goods or Services | | | | 1,226.88 |
| ACCOUNT NO. **NA**<br><br>**MUNICIPALITY OF KINGSTON**<br>**500 WYOMING AVENUE**<br>**KINGSTON, PA 18704** | | | Consideration: Goods or Services | | | | 20,032.25 |
| ACCOUNT NO. **0367**<br><br>**MUZAK**<br>**FOCUS FOUR LLC**<br>**P O BOX 534558**<br>**ATLANTA, GA 30353-4558** | | | Consideration: Goods or Services | | | | 330.81 |

Sheet no. __46__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     24,249.56

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0*

B6F (Official Form 6F) (12/07) - Cont.

In re __Dijan, Inc._____,    Case No. _____
                                Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1531<br><br>MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | Consideration: Goods or Services | | | | 147.82 |
| ACCOUNT NO.  1537<br><br>MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | Consideration: Goods or Services | | | | 169.82 |
| ACCOUNT NO.  3796<br><br>MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | Consideration: Goods or Services | | | | 383.22 |
| ACCOUNT NO.  4832<br><br>MUZAK*<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | Consideration: Goods or Services | | | | 330.72 |
| ACCOUNT NO.  8948<br><br>MUZAK-LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | Consideration: Goods or Services | | | | 317.18 |

Sheet no. __47__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,348.76

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Dijan, Inc. _____,     Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **285B** <br><br> **NE PA BUSINESS ASSOC.INC.** <br> **613 BALTIMORE DRIVE** <br> **E. MOUNTAIN CORP. CENTER** <br> **WILKES-BARRE, PA 18702** | | | **Consideration: Goods or Services** | | | | 31,322.41 |
| ACCOUNT NO. <br><br> **NIEMIEC CONSULTING** <br> **814 DALE DRIVE** <br> **SCRANTON, PA 18504** | | | **Consideration: Goods or Services** | | | | 270.54 |
| ACCOUNT NO.  **NA** <br><br> **NITRO LOCK-N-KEY** <br> **102 MAIN AVENUE** <br> **NITRO, WV 25143** | | | **Consideration: Goods or Services** | | | | 90.10 |
| ACCOUNT NO. <br><br> **NOGI, APPLETON,WEINBERGER** <br> **NOGI, APPLETON, WEINBERGER &** <br> **WREN** <br> **415 WYOMING AVENUE** <br> **SCRANTON, PA 18503** | | | **Consideration: Goods or Services** | | | | 2,300.00 |
| ACCOUNT NO.  **78-0** <br><br> **NORTH BECKLEY PUBLIC** <br> **SERVICE DISTRICT** <br> **122 CLEAR WATER LANE** <br> **BECKLEY, WV 25801-9801** | | | **Consideration: Goods or Services** | | | | 93.70 |

Sheet no. **48** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 34,076.75

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Dijan, Inc.</u>_____,     Case No. _____
                **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7223 <br><br>NUCO2 <br>P.O. BOX 9011 <br>STUART, FL 34995 | | | Consideration: Goods or Services | | | | 374.93 |
| ACCOUNT NO.  3301 <br><br>NYS CHILD SUPPORT PROCESSING CENTER <br>P.O. BOX 15363 <br>ALBANY, NY 12212-5363 | | | Consideration: Goods or Services | | | | 23.08 |
| ACCOUNT NO.  NA <br><br>OLD DOMINION SECURITY SERVICES <br>P O BOX 711 <br>CHRISTIANSBURG, VA 24016 | | | Consideration: Goods or Services | | | | 240.00 |
| ACCOUNT NO.  TAX <br><br>PA WITHHOLDING TAX <br>BUREAU OF COMPLIANCE <br>4TH & WALNUT ST. STRAWBERRY SQ. <br>HARRISBURG, PA 17128 | | | Consideration: Goods or Services | | | | 2,738.59 |
| ACCOUNT NO.  NA <br><br>PANE FREE WINDOW CLEANING, LLC <br>P O BOX 1002 <br>DUNBAR, WV 25064 | | | Consideration: Goods or Services | | | | 22.00 |

Sheet no. <u>49</u> of <u>79</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       3,398.60

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAR TECH<br>P.O. BOX 201133<br>HOUSTON, TX 77216-1133 | | | Consideration: Goods or Services | | | | 9,283.75 |
| ACCOUNT NO.  6467<br><br>PAR TECH<br>P.O. BOX 201133<br>HOUSTON, TX 77216-1133 | | | Consideration: Goods or Services | | | | 10,421.50 |
| ACCOUNT NO.  NA<br><br>PASSARIELLO SANITATION SERVICES<br>1304 ACADEMY STREET<br>SCRANTON, PA 18504 | | | Consideration: Goods or Services | | | | 716.00 |
| ACCOUNT NO.  5816<br><br>PEGGY J. DICKSON, TAX COLLECTOR<br>FRANKLIN COUNTY TAX CLAIM BUREAU<br>2 N. MAIN STREET<br>CHAMBERSBURG, PA 17201 | | | Consideration: Real Estate Tax | | | | 8,981.05 |
| ACCOUNT NO.  0691<br><br>PENELEC<br>P.O. BOX 3687<br>AKRON, OH 44309-3687 | | | Consideration: Goods or Services | | | | 2,786.82 |

Sheet no. __50__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   32,189.12

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc.                                                    ,        Case No. _____
　　　　　　　　　　　Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **TAX** <br><br> **Pennsylvania Department of Revenue Department 280946 Attn: Bankruptcy Division Harrisburg, PA 17128-0946** | | | **Consideration: Taxes** | | | | 738,022.40 |
| ACCOUNT NO.  **1538** <br><br> **PENNSYLVANIA SCDU P.O. BOX 69112 HARRISBURG, PA 17106-9112** | | | **Consideration: Goods or Services** | | | | 103.56 |
| ACCOUNT NO.  **4062** <br><br> **PEPSI - COLA P.O. BOX 75948 CHICAGO, IL 60675-5948** | | | **Consideration: Goods or Services** | | | | 1,428.63 |
| ACCOUNT NO. <br><br> **PEPSI-COLA P.O BOX 75948 CHICAGO, IL 606755948** | | | **Consideration: Goods or Services** | | | | 21.74 |
| ACCOUNT NO.  **7029** <br><br> **PEPSI-COLA P.O. BOX 75948 CHICAGO, IL 606755948** | | | **Consideration: Goods or Services** | | | | 82.50 |

Sheet no. __51__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 739,658.83

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____,  Case No. _____
                      **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NA**<br><br>**PEST CONTROL PLUS, INC.**<br>**32786 GOVERNOR G C PEERY HWY**<br>**NORTH TAZEWELL, VA 24630** | | | Consideration: Goods or Services | | | | 288.32 |
| ACCOUNT NO.  **NA**<br><br>**PEST CONTROL PLUS, INC.**<br>**32786 GOVERNOR G C PEERY HWY**<br>**NORTH TAZEWELL, VA 24630** | | | Consideration: Goods or Services | | | | 241.68 |
| ACCOUNT NO.  **NA**<br><br>**PEST CONTROL PLUS, INC.**<br>**32786 GOVERNOR G C PERRY HWY**<br>**NORTH TAZEWELL, VA 24630** | | | Consideration: Goods or Services | | | | 272.00 |
| ACCOUNT NO.  **NA**<br><br>**PHIL'S WINDOW CLEANING SERVICE**<br>**P.O. BOX 407**<br>**READING, PA 19607** | | | Consideration: Goods or Services | | | | 2,173.00 |
| ACCOUNT NO.  **NA**<br><br>**PINE GROVE AREA SCHOOL DISTRICT**<br>**401 N. 2ND STREET**<br>**POTTSVILLE, PA 17901** | | | Consideration: Goods or Services | | | | 9,188.86 |

Sheet no. **52** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      12,163.86

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____ ,          Case No. _____
                                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PITNEY BOWES CREDIT CORP.<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285-6460 | | | Consideration: Goods or Services | | | | 718.66 |
| ACCOUNT NO.  NA<br><br>POTOMAC POWER WASHING, INC<br>10 WEST POTOMAC ST.<br>P.O. BOX 158<br>WILLIAMSPORT, MD 21795 | | | Consideration: Goods or Services | | | | 745.00 |
| ACCOUNT NO.  6027<br><br>PP & L<br>2 NORTH 9TH STREET RPC-GENN1<br>ALLENTOWN, PA 18101-1175 | | | Consideration: Utilities | | | | 4,682.87 |
| ACCOUNT NO.  4018<br><br>PPL ELECTRIC UTILITIES<br>2 NORTH 9TH STREET RPC-GENNI<br>ALLENTOWN, PA 18101-1175 | | | Consideration: Utilities | | | | 3,237.45 |
| ACCOUNT NO.  3000<br><br>PPL ELECTRIC UTILITIES<br>TWO NORTH NINTH STREET<br>ALLENTOWN, PA 18101 | | | Consideration: Utilities | | | | 2,687.99 |

Sheet no. __53__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,071.97

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                                    ,       Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1804  <br><br> PR LYCOMING LIMITED PARTNERSHIP <br> NATIONAL CITY BANK <br> P.O. BOX 951740 <br> CLEVELAND, OH 44193 | | | Consideration: Common Area Maintenance | | | | 8,978.88 |
| ACCOUNT NO.  RENT  <br><br> PR LYCOMING LIMITED PARTNERSHIP <br> NATIONAL CITY BANK <br> P.O. BOX 951740 <br> CLEVELAND, OH 44193 | | | Consideration: Rent | | | | 71,565.52 |
| ACCOUNT NO.  1533  <br><br> PREIT <br> FBO NORDEUTSCHE LANDESBANK <br> GIROZENTRALE, NY BANK, AS AGENT <br> CLEVELAND, OH 44193 | | | Consideration: Common Area Maintenance | | | | 9,161.18 |
| ACCOUNT NO.  NA  <br><br> PREMIERE PROPERTY SERVICES <br> 1695 BEDFORD ROAD <br> SHIPPENSBURG, PA 17257 | | | Consideration: Goods or Services | | | | 320.00 |
| ACCOUNT NO.  1189  <br><br> PRIME RATE FINANCE <br> CORPORATION,INC. <br> P.O. BOX 100507 <br> FLORENCE, SC 29502-0507 | | | Consideration: Goods or Services | | | | 5,521.93 |

Sheet no. __54__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  95,547.51

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Dijan, Inc._____,    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2262<br><br>PRINCETON SANITARY BOARD<br>327 S. WICKHAM AVE.<br>P O BOX 4950<br>PRINCETON, WV 24740-4950 | | | Consideration: Goods or Services | | | | 139.64 |
| ACCOUNT NO. 1551<br><br>PRISM DATA SYSTEMS<br>16108 UNIVERSITY OAK<br>SAN ANTONIO, TX 78249 | | | Consideration: Goods or Services | | | | 3,928.00 |
| ACCOUNT NO. NA<br><br>PRISM DATA SYSTEMS<br>16108 UNIVERSITY OAK<br>SAN ANTONIO, TX 78249 | | | Consideration: Goods or Services | | | | 491.00 |
| ACCOUNT NO. NA<br><br>PRO CARE FLOOR AND WINDOW CARE INC.<br>8 SPRUCE ST. SUITE A<br>PINE GROVE, PA 17963 | | | Consideration: Goods or Services | | | | 212.00 |
| ACCOUNT NO. 40-5<br><br>PROTECTIVE LIFE INSURANCE CO<br>P O BOX 105638<br>ATLANTA, GA 30348-5638 | | | Consideration: Goods or Services | | | | 1,369.50 |

Sheet no. __55__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  6,140.14

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____,      Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4527 <br><br> PURCHASE POWER <br> P.O. BOX 856042 <br> LOUISVILLE, KY 40285-6042 | | | Consideration: Goods or Services | | | | 2,034.42 |
| ACCOUNT NO.  MALL <br><br> QUALITY AIR MECHANICAL INC. <br> 999 SOUTH MAIN ST. <br> S. WILLIAMSPORT, PA 17702 | | | Consideration: Goods or Services | | | | 1,003.72 |
| ACCOUNT NO.  2585 <br><br> QUALITY CONTROL LAB <br> 1205 INDUSTRIAL BLVD <br> PO BOX 514 <br> SOUTHHAMPTON, PA 18966-0514 | | | Consideration: Goods or Services | | | | 152.00 |
| ACCOUNT NO.  0513 <br><br> QUALITY CONTROL LAB <br> P.O. BOX 514 <br> SOUTHAMPTON, PA 18966-0514 | | | Consideration: Goods or Services | | | | 166.00 |
| ACCOUNT NO.  2641 <br><br> QUALITY CONTROL LABORATORIES <br> 1205 INDUSTRIAL BLVD. <br> P.O. BOX 514 <br> SOUTHAMPTON, PA 18966-0514 | | | Consideration: Goods or Services | | | | 112.00 |

Sheet no. **56** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  3,468.14

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
             **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2656 <br><br> QUALITY CONTROL LABS <br> 1205 INDUSTRIAL BLVD. <br> P.O. BOX 514 <br> SOUTHAMPTON, PA 18966-0514 | | | Consideration: Goods or Services | | | | 100.00 |
| ACCOUNT NO.  D104 <br><br> R & R SEPTIC SERVICES <br> 3572 PEPPERS FERRY RD. <br> WYTHEVILLE, VA 24382 | | | Consideration: Goods or Services | | | | 720.00 |
| ACCOUNT NO.  NA <br><br> R.F. TECHNOLOGIES, INC. <br> P.O. BOX 142 <br> BETHALTO, IL 62010-1818 | | | Consideration: Goods or Services | | | | 4.36 |
| ACCOUNT NO.  NA <br><br> R.W. DITTMAR PLB-HTG & OIL COMPANY <br> 1381 MUNCY EXCHANGE ROAD <br> MUNCY, PA 17756 | | | Consideration: Goods or Services | | | | 649.16 |
| ACCOUNT NO.  NA <br><br> RACEWAY MANAGEMENT CO, INC <br> P.O. BOX 239 <br> HARFORD, PA 18823 | | | Consideration: Goods or Services | | | | 1,347.52 |

Sheet no. __57__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,821.04

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc.
_____,     Case No. _____

_____Debtor_____                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NA<br><br>RAVENWOOD COMPUTER SERVICES<br>2587 STATE ROUTE 1018<br>HALLSTEAD, PA 18822 | | | Consideration: Goods or Services | | | | 95.40 |
| ACCOUNT NO.  NA<br><br>REAFORD SIGN COMPANY INC.<br>1103 CENTRAL AVE<br>CHARLESTON, WV 25302 | | | Consideration: Goods or Services | | | | 1,155.72 |
| ACCOUNT NO.  NA<br><br>REAFORD SIGNS<br>1103 CENTRAL AVENUE<br>CHARLESTON, WV 25302 | | | Consideration: Goods or Services | | | | 189.21 |
| ACCOUNT NO.  NA<br><br>REFRESH TECHNOLOGIES<br>2772 LAKE VISTA DRIVE<br>BUFORD, GA 30519 | | | Consideration: Goods or Services | | | | 292.12 |
| ACCOUNT NO.  NA<br><br>RICHARD SCHIRG & SONS INC.<br>R.D #3 BOX 10<br>DALTON, PA 18414 | | | Consideration: Goods or Services | | | | 14.62 |

Sheet no. __58__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,747.07

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA** <br><br>**RICHARD SCHIRG & SONS, INC.** <br>**R.D. #3 BOX 10** <br>**DALTON, PA 18414** | | | Consideration: Goods or Services | | | | 3.89 |
| ACCOUNT NO. **NA** <br><br>**RICK'S REFRIGERATION & HEATING, INC.** <br>**2730 MAIN STREET** <br>**MAHANOY PLANE, PA 17949** | | | Consideration: Goods or Services | | | | 340.00 |
| ACCOUNT NO. **NA** <br><br>**ROANOKE ADI ORGANIZATION** <br>**C/O DOPKINS & CO, LLP** <br>**200 INTERNATIONAL DRIVE** <br>**BUFFALO, NY 14221** | | | Consideration: Goods or Services | | | | 1,343.12 |
| ACCOUNT NO. <br><br>**Robert J. Gillespie, Jr., Esquire** <br>**Gillespie, Miscavige, Ferdinand & Baranko, LLC** <br>**67 North Church Street** <br>**Hazleton, PA 18201** | | | Collector or Attorney for Great Bend Holdings | | | | Notice Only |
| ACCOUNT NO. **9227** <br><br>**ROBERTS OXYGEN COMPANY, INC.** <br>**15830 REDLAND ROAD** <br>**PO BOX 5507** <br>**ROCKVILLE, MD 20855** | | | Consideration: Goods or Services | | | | 1,051.99 |

Sheet no. **59** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,739.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re **Dijan, Inc.** _____,  Case No. _____
                 **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NA**<br><br>**ROGER KNOLL CONSTRUCTION**<br>**114 MIDDLE SPRING ROAD**<br>**SHIPPENSBURG, PA 17257** | | | Consideration: Goods or Services | | | | 226.00 |
| ACCOUNT NO. **NA**<br><br>**ROTO-ROOTER**<br>**P.O. BOX 454**<br>**BRISTOL, VA 24203** | | | Consideration: Goods or Services | | | | 2,067.11 |
| ACCOUNT NO. **1240**<br><br>**ROTO-ROOTER SEWER & DRAIN**<br>**131 CROSS ROAD**<br>**BLOOMSBURG, PA 17815** | | | Consideration: Goods or Services | | | | 390.00 |
| ACCOUNT NO. **RENT**<br><br>**RTM OPERATING COMPANY**<br>**ATTN: LAURA MCCOY STE 1200**<br>**1155 PERIMETER CENTER**<br>**ATLANTA, GA 30338** | | | Consideration: Rent<br>Store 1502 | | | | 15,556.05 |
| ACCOUNT NO. **RENT**<br><br>**RTM OPERATING COMPANY**<br>**ATTN: LAURA MCCOY STE 1200**<br>**1155 PERIMETER CENTER W**<br>**ATLANTA, GA 30338** | | | Consideration: Rent<br>Store 1776 | | | | 8,468.62 |

Sheet no. **60** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      26,707.78

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  RENT <br><br> RTM OPERATING COMPANY ATTN: LAURA MCCOY STE 1200 1155 PERIMETER CENTER W," ATLANTA, GA 30338 | | | Consideration: Rent Store 1567 | | | | 18,906.24 |
| ACCOUNT NO.  NA <br><br> SADLERS HEATING & SUPPLY ROUTE 1 BOX 1A BLAND, VA 24315 | | | Consideration: Goods or Services | | | | 250.00 |
| ACCOUNT NO.  0140 <br><br> SCHUYLKILL CTY. MUN AUTH 221 SO. CENTRE STREET POTTSVILLE, PA 17901 | | | Consideration: Utilities | | | | 328.92 |
| ACCOUNT NO.  IJAN <br><br> SCRAN. PARKING AUTHORITY 140 ADAMS AVENUE SCRANTON, PA 18503 | | | Consideration: Goods or Services | | | | 650.00 |
| ACCOUNT NO.  0001 <br><br> SECURITY MUTUAL LIFE INSURANCE CO. OF NY P.O. BOX 1625 BINGHAMTON, NY 13902 | | | Consideration: Goods or Services | | | | 1,528.77 |

Sheet no. __61__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   21,663.93

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.                                    ,         Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NA**<br><br>**SEEWALD LABORATORIES**<br>**1403 W. FOURTH STREET**<br>**WILLIAMSPORT, PA 17701** | | | **Consideration: Goods or Services** | | | | 140.00 |
| ACCOUNT NO.  **IJAN**<br><br>**SERVICECHECK INC**<br>**P.O. BOX 101373**<br>**ATLANTA, GA 30392** | | | **Consideration: Goods or Services** | | | | 1,824.00 |
| ACCOUNT NO.  **TAX**<br><br>**SHERIFF OF KANAWHA COUNTY**<br>**KANAWHA COUNTY SHERIFF**<br>**"409 VIRGINIA ST. E., RM 120"**<br>**CHARLESTON, WV 25301** | | | **Consideration: Real Estate Tax** | | | | 6,815.84 |
| ACCOUNT NO.  **NA**<br><br>**SINKING SPRINGS 2 LP**<br>**WHARTEN REALTY**<br>**8 INDUSTRIAL WAY EAST**<br>**EATONTOWN, NJ 07724** | | | **Consideration: Goods or Services** | | | | 299.20 |
| ACCOUNT NO.  **RENT**<br><br>**SONIA YASHICA REAL ESTATES, LLC**<br>**4950 DUNHAM DRIVE**<br>**READING, PA 19606** | | | **Consideration: Rent** | | | | 42,187.20 |

Sheet no. **62** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 51,266.24

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,     Case No. _____
                   **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  65<br><br>SOUTH SCHUYLKILL PRINTING & PUBLISHING<br>960 E. MAIN ST.<br>PO BOX 178<br>SCHUYLKILL HAVEN, PA 17972 | | | Consideration: Goods or Services | | | | 195.20 |
| ACCOUNT NO.  5490<br><br>SPILMAN THOMAS & BATTLE,PLLC<br>300 KANAWHA BOULEVARD, EAST<br>P.O. BOX 273<br>CHARLESTON, WV 25321-0273 | | | Consideration: Goods or Services | | | | 3,232.09 |
| ACCOUNT NO.  3410<br><br>STANDARD EXTERMINATING CO.<br>905 7TH AVENUE<br>CHARLESTON, WV 25302 | | | Consideration: Goods or Services | | | | 106.00 |
| ACCOUNT NO.  9214<br><br>STANLEY STEEMER<br>520 16TH STREET<br>DUNBAR, WV 25064 | | | Consideration: Goods or Services | | | | 265.00 |
| ACCOUNT NO.  5221<br><br>STANLEY STEEMER - BECKLEY<br>520 SIXTEENTH STREET<br>DUNBAR, WV 25064 | | | Consideration: Goods or Services | | | | 265.00 |

Sheet no. __63__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       4,063.29

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____,     Case No. _____
                **Debtor**                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9222 <br><br> STANLEY STEEMER-BECKLEY <br> 520 16TH STREET <br> DUNBAR, WV 24701 | | | Consideration: Goods or Services | | | | 265.00 |
| ACCOUNT NO. 6465 <br><br> STAPLES CREDIT PLAN <br> DEPT 82-0003366465 <br> P O BOX 689020 <br> DES MOINES, IA 50368-9020 | | | Consideration: Goods or Services | | | | 6,808.85 |
| ACCOUNT NO. TAX <br><br> STATE TAX DEPARTMENT <br> ACCOUNTING DIVISION <br> P.O. DRAWER 1667 <br> CHARLESTON, WV 25326-1667 | | | Consideration: Goods or Services | | | | 2,787.00 |
| ACCOUNT NO. TAX <br><br> STATE TAX DEPARTMENT <br> COMPLIANCE DIVISION <br> P.O. BOX 229 <br> CHARLESTON, WV 25321-0229 | | | Consideration: Goods or Services | | | | 228,935.56 |
| ACCOUNT NO. NA <br><br> STATEWIDE SERVICE <br> 1024 SOUTH FAYETTE ST <br> BECKLEY, WV 25801 | | | Consideration: Goods or Services | | | | 1,731.54 |

Sheet no. **64** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    240,527.95

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                    ,        Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **NA**<br><br>**STATEWIDE SERVICE**<br>**1024 SOUTH FAYETTE ST**<br>**BECKLEY, WV 25801** | | | Consideration: Goods or Services | | | | 1,629.09 |
| ACCOUNT NO.  **NA**<br><br>**STATEWIDE SERVICE**<br>**1024 SOUTH FAYETTE ST**<br>**BECKLEY, WV 25801** | | | Consideration: Goods or Services | | | | 876.28 |
| ACCOUNT NO.  **C-49**<br><br>**STEVEN POWELL**<br>**1600 HILL AVE**<br>**APT 36**<br>**BLUEFIELD, WV 24701** | | | Consideration: Goods or Services | | | | 27.06 |
| ACCOUNT NO.  **TAX**<br><br>**SUE MYERS, TAX COLLECTOR**<br>**7 SOUTH CARLISLE STREET**<br>**P.O. BOX 154**<br>**GREENCASTLE, PA 17225** | | | Consideration: Real Estate Tax | | | | 1,975.32 |
| ACCOUNT NO.  **NA**<br><br>**SUNRISE WINDOW CLEANING INC.**<br>**113 BRINK HILL ROAD**<br>**GREENTOWN, PA 18426** | | | Consideration: Goods or Services | | | | 560.46 |

Sheet no. __65__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 5,068.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____,     Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5200** <br><br> **SUSQUEHANNA FIRE EQUIP.** <br> **P.O. BOX 209** <br> **DEWART, PA 17730** | | | Consideration: Goods or Services | | | | 126.62 |
| ACCOUNT NO.  **NA** <br><br> **T & T HEATING** <br> **123 CARLISLE  ST** <br> **WILKES BARRE, PA 18702** | | | Consideration: Goods or Services | | | | 1,524.70 |
| ACCOUNT NO.  **TAX** <br><br> **TANYA GIBBONS** <br> **WAYNE COUNTY COURTHOUSE** <br> **925 COURT STREET** <br> **HONESDALE, PA 18431** | | | Consideration: Real Estate Tax | | | | 7,624.04 |
| ACCOUNT NO.  **2291** <br><br> **TAYLOR FREEZER SALES** <br> **P.O. BOX 5807** <br> **2032 ATLANTIC AVE.** <br> **CHESAPEAKE, VA 23324-0938** | | | Consideration: Goods or Services | | | | 624.50 |
| ACCOUNT NO.  **B096** <br><br> **TAYLOR PRODUCTS, INC** <br> **255 RARITAN CENTER PARKWAY** <br> **P O  BOX 6748** <br> **EDISON, NJ 08837** | | | Consideration: Goods or Services | | | | 913.74 |

Sheet no. **66** of **79** continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     10,813.60

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re    Dijan, Inc.
_____,     Case No. _____
                    **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  B164<br><br>TAYLOR PRODUCTS, INC.<br>255 RARITAN CENTER PARKWAY<br>P O BOX 6748<br>EDISON, NJ 08837 | | | Consideration: Goods or Services | | | | 127.43 |
| ACCOUNT NO.  J001<br><br>TAYLOR PRODUCTS, INC.<br>255 RARITAN CENTER PARKWAY<br>P.O. BOX 6748<br>EDISON, NJ 08837 | | | Consideration: Goods or Services | | | | 1,366.84 |
| ACCOUNT NO.  9996<br><br>THE CITIZENS' VOICE<br>75 N. WASHINGTON ST.<br>WILKES-BARRE, PA 18711 | | | Consideration: Goods or Services | | | | 608.39 |
| ACCOUNT NO.  185<br><br>THE PAPER CLIP<br>103 W. MAIN STREET<br>WYTHEVILLE, VA 24382 | | | Consideration: Goods or Services | | | | 10.70 |
| ACCOUNT NO.  -000<br><br>THE WAYNE INDEPENDENT<br>220 8TH STREET<br>HONDESDALE, PA 18431 | | | Consideration: Goods or Services | | | | 2.94 |

Sheet no. __67__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,116.30

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc.                                                    ,      Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TAX <br><br> TOWN OF WYTHEVILLE <br> P.O. DRAWER 533 <br> WYTHEVILLE, VA 24382-0533 | | | Consideration: Goods or Services | | | | 2,791.78 |
| ACCOUNT NO.  5890 <br><br> TOWN OF WYTHEVILLE <br> WATER & SEWER DEPT. <br> PO DRAWER 441 <br> WYTHEVILLE, VA 24382 | | | Consideration: Goods or Services | | | | 353.22 |
| ACCOUNT NO.  NA <br><br> TRAFFIC GENERATORS <br> P O BOX 533065 <br> CHARLOTTE, NC 28290-3065 | | | Consideration: Goods or Services | | | | 7,064.00 |
| ACCOUNT NO.  1841 <br><br> UGI PENN NATIONAL GAS, INC. <br> P O BOX 71204 <br> PHILADELPHIA, PA 19176 | | | Consideration: Utilities | | | | 254.33 |
| ACCOUNT NO.  7916 <br><br> UGI PENN NATURAL GAS, INC. <br> PO BOX 71204 <br> PHILADELPHA, PA 19176-6204 | | | Consideration: Utilities | | | | 338.01 |

Sheet no. __68__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   10,801.34

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____ ,    Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4423 <br><br>**UGI UTILITIES, INC.**<br>**P.O. BOX 13009**<br>**READING, PA 19612-3009** | | | Consideration: Utilities | | | | 475.69 |
| ACCOUNT NO.  7963 <br><br>**UNITED PARCEL SERVICE**<br>**P.O. BOX 7247-0244**<br>**PHILADELPIA, PA 19170-0001** | | | Consideration: Goods or Services | | | | 293.93 |
| ACCOUNT NO.  2201 <br><br>**UT&I SOLUTIONS INC.**<br>**11 SAYER AVENUE**<br>**CHERRY HILL, NJ 08002** | | | Consideration: Goods or Services | | | | 1,235.00 |
| ACCOUNT NO.  TAX <br><br>**VA DEPARTMENT OF TAXATION**<br>**P.O. BOX 1777**<br>**RICHMOND, VA 23218-1777** | | | Consideration: Goods or Services | | | | 16.79 |
| ACCOUNT NO.  TAX <br><br>**VA DEPT OF TAXATION**<br>**PROCESSING SERVICES DIV**<br>**P.O. BOX 1202**<br>**RICHMOND, VA 23209** | | | Consideration: Goods or Services | | | | 797.80 |

Sheet no. __69__ of __79__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                2,819.21

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc._____,     Case No. _____
                 **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **TAX** <br><br> **VA DEPT. OF TAXATION** <br> **PO BOX 26626** <br> **RICHMOND, VA 23261-6626** | | | Consideration: Goods or Services | | | | 2,340.88 |
| ACCOUNT NO.  **NA** <br><br> **VALLEY PROTEINS INC.** <br> **P.O. BOX 643393** <br> **CINCINNATI, OH 45264-3393** | | | Consideration: Goods or Services | | | | 336.00 |
| ACCOUNT NO.  **4179** <br><br> **VECTOR SECURITY** <br> **23 CASEY AVENUE** <br> **WILKES-BARRE, PA 18702** | | | Consideration: Goods or Services | | | | 115.92 |
| ACCOUNT NO.  **1597** <br><br> **VECTOR SECURITY** <br> **23 CASEY AVENUE** <br> **WILKES-BARRE, PA 18702** | | | Consideration: Goods or Services | | | | 137.70 |
| ACCOUNT NO.  **4924** <br><br> **VECTOR SECURITY** <br> **23 CASEY AVENUE** <br> **WILKES-BARRE, PA 18702** | | | Consideration: Goods or Services | | | | 171.35 |

Sheet no. **70** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     3,101.85

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0*

In re **Dijan, Inc.** _____ ,  Case No. _____

‎   Debtor                                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 973Y<br><br>**VERIZON**<br>P O BOX 28000<br>LEHIGH VALLEY, PA 18002-8000 | | | **Consideration: Utilities** | | | | 307.56 |
| ACCOUNT NO. 185Y<br><br>**VERIZON**<br>P O BOX 28000<br>LEHIGH VALLEY, PA 18002-8000 | | | **Consideration: Utilities** | | | | 178.90 |
| ACCOUNT NO. 291Y<br><br>**VERIZON**<br>P.O. BOX 28000<br>LEHIGH VALLEY, PA 18002-8000 | | | **Consideration: Utilities** | | | | 250.53 |
| ACCOUNT NO. 352Y<br><br>**VERIZON**<br>P.O. BOX 28000<br>LEHIGH VALLEY, PA 18002-8000 | | | **Consideration: Utilities** | | | | 232.81 |
| ACCOUNT NO. 017Y<br><br>**VERIZON**<br>P.O. BOX 660720<br>DALLAS, TX 75266-0720 | | | **Consideration: Utilities** | | | | 182.14 |

Sheet no. **71** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,151.94

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,  Case No. _____
               **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **801Y** <br><br> **VERIZON** <br> **PO BOX 28000** <br> **LEHIGH VALLEY, PA 18002** | | | **Consideration: Utilities** | | | | 251.75 |
| ACCOUNT NO. **189Y** <br><br> **VERIZON** <br> **PO BOX 28000** <br> **LEHIGH VALLEY, PA 18002-8000** | | | **Consideration: Utilities** | | | | 821.38 |
| ACCOUNT NO. **559Y** <br><br> **VERIZON** <br> **PO BOX 28000** <br> **LEHIGH VALLEY, PA 18002-8000** | | | **Consideration: Utilities** | | | | 756.23 |
| ACCOUNT NO. **NA** <br><br> **VISTASCRUB WINDOW CLEANING** <br> **2301 ROXALANA ROAD** <br> **DUNBAR, WV 25302** | | | **Consideration: Goods or Services** | | | | 26.24 |
| ACCOUNT NO. **0051** <br><br> **W. J. STRICKLER SIGNS** <br> **3999 CARLISLE PIKE** <br> **P.O. BOX 175** <br> **NEW OXFORD, PA 17350** | | | **Consideration: Goods or Services** | | | | 579.81 |

Sheet no. **72** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      2,435.41

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc.
_____ ,   Case No. _____

　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8421 <br><br> **WAGNER FOOD EQUIPMENT, INC.** <br> **P O BOX 7047** <br> **ROANOKE, VA 24019-0047** | | | **Consideration: Goods or Services** | | | | 215.56 |
| ACCOUNT NO.  NA <br><br> **WARS LLC COMPUTERS** <br> **155 ADDISON AVE** <br> **GREENCASTLE, PA 17225** | | | **Consideration: Goods or Services** | | | | 20.00 |
| ACCOUNT NO.  0194 <br><br> **WASTE INDUSTRIES INC.** <br> **P O BOX 580495** <br> **CHARLOTTE, NC 28258-0495** | | | **Consideration: Goods or Services** | | | | 612.83 |
| ACCOUNT NO.  92-6 <br><br> **WASTE MANAGEMENT** <br> **P.O. BOX 13648** <br> **PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 1,236.69 |
| ACCOUNT NO.  61-6 <br><br> **WASTE MANAGEMENT** <br> **PO BOX 13648** <br> **PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 327.30 |

Sheet no. __73__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,412.38

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re  Dijan, Inc. _____,   Case No. _____
      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21-0<br><br>**WASTE MANAGEMENT INC**<br>**P O BOX 13648**<br>**PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 3,292.12 |
| ACCOUNT NO.  21-5<br><br>**WASTE MANAGEMENT INC.**<br>**P. O. BOX 13648**<br>**PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 1,088.60 |
| ACCOUNT NO.  61-4<br><br>**WASTE MANAGEMENT OF CENTRAL PA**<br>**P.O. BOX 13648**<br>**PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 1,253.34 |
| ACCOUNT NO.<br><br>**WASTE MANAGEMENT OF WV**<br>**P O BOX 13648**<br>**PHILADELPHIA, PA 19101-3648** | | | **Consideration: Goods or Services** | | | | 551.42 |
| ACCOUNT NO.  3973<br><br>**WB/SCRANTON ADV. CO-OP**<br>**3939 BIRNEY AVENUE**<br>**PA, 18507** | | | **Consideration: Goods or Services** | | | | 1,791.90 |

Sheet no. **74** of **79** continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  7,977.38

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re   Dijan, Inc.                                    ,        Case No. _____
            Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3973 <br><br> WB/SCRANTON ADV. CO-OP <br> C/O JONESKOHANSKI <br> 3939 BIRNEY AVENUE <br> MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 8,040.46 |
| ACCOUNT NO.  3973 <br><br> WB/SCRANTON ADV. CO-OP <br> C/O JONESKOHANSKI <br> 3939 BIRNEY AVENUE <br> MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 7,533.71 |
| ACCOUNT NO.  3973 <br><br> WB/SCRANTON ADV. CO-OP <br> C/O JONESKOHANSKI <br> 3939 BIRNEY AVENUE <br> MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 3,663.01 |
| ACCOUNT NO.  3973 <br><br> WB/SCRANTON ADV. CO-OP <br> C/O JONESKOHANSKI <br> 3939 BIRNEY AVENUE <br> MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 3,247.85 |
| ACCOUNT NO.  3973 <br><br> WB/SCRANTON ADV. CO-OP <br> C/O JONESKOHANSKI <br> 3939 BIRNEY AVENUE <br> MOOSIC, PA 18507 | | | Consideration: Goods or Services | | | | 2,603.19 |

Sheet no. __75__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   25,088.22

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Dijan, Inc. _____,     Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3973 <br><br> **WB/SCRANTON ADV. CO-OP** <br> **C/O JONESKOHANSKI** <br> **3939 BIRNEY AVENUE** <br> **MOOSIC, PA 18507** | | | Consideration: Goods or Services | | | | 2,489.60 |
| ACCOUNT NO.  3973 <br><br> **WB/SCRANTON ADV. CO-OP** <br> **C/O JONESKOHANSKI** <br> **3939 BIRNEY AVENUE** <br> **MOOSIC, PA 18507** | | | Consideration: Goods or Services | | | | 1,186.57 |
| ACCOUNT NO.  0253 <br><br> **WILLOW RUN FOODS** <br> **P O BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | Consideration: Goods or Services | | | | 2,069.20 |
| ACCOUNT NO.  0256 <br><br> **WILLOW RUN FOODS** <br> **P.O BOX 1350** <br> **BINGHAMTON, NY 13902** | | | Consideration: Goods or Services | | | | 6,191.66 |
| ACCOUNT NO.  0247 <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | Consideration: Goods or Services | | | | 12,095.50 |

Sheet no. **76** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   24,032.53

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re <u>Dijan, Inc.</u> ,          Case No. _____

              Debtor                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0250** <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | **Consideration: Goods or Services** | | | | 7,436.79 |
| ACCOUNT NO. **0251** <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | **Consideration: Goods or Services** | | | | 6,351.19 |
| ACCOUNT NO. **0255** <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | **Consideration: Goods or Services** | | | | 6,687.46 |
| ACCOUNT NO. **0257** <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | **Consideration: Goods or Services** | | | | 11,627.27 |
| ACCOUNT NO. **0258** <br><br> **WILLOW RUN FOODS** <br> **P.O. BOX 1350** <br> **BINGHAMTON, NY 13902-1350** | | | **Consideration: Goods or Services** | | | | 9,201.11 |

Sheet no. **77** of **79** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    41,303.82

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____,     Case No. _____
       Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0259<br><br>WILLOW RUN FOODS<br>P.O. BOX 1350<br>BINGHAMTON, NY 13902-1350 | | | Consideration: Goods or Services | | | | 10,384.19 |
| ACCOUNT NO.  0249<br><br>WILLOW RUN FOODS<br>P.O.BOX 1350<br>BINGHAMTON, NY 13902-1350 | | | Consideration: Goods or Services | | | | 12,319.32 |
| ACCOUNT NO.  4308<br><br>WILSON SUPPLY COMPANY<br>P.O. BOX 870<br>CUMBERLAND, MD 21502 | | | Consideration: Goods or Services | | | | 476.58 |
| ACCOUNT NO.  NA<br><br>WOLFGANG SOMMER PLG., HEATING & COOLING<br>44 WILLOW AVE.<br>TREMONT, PA 17981 | | | Consideration: Goods or Services | | | | 100.00 |
| ACCOUNT NO.  83-8<br><br>WV-AMERICAN WATER CO<br>P.O. BOX 371880<br>PITTSBURGH, PA 15250-7880 | | | Consideration: Utilities | | | | 111.20 |

Sheet no. __78__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  23,391.29

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re ___Dijan, Inc._____,    Case No. _____
       **Debtor**                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical-rl; transform: rotate(180deg);">Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  51-5 <br><br> **WV-AMERICAN WATER CO.** <br> **P.O. BOX 371880** <br> **PITTSBURGH, PA 15250-7880** | | | **Consideration: Utilities** | | | | 365.19 |
| ACCOUNT NO.  53-1 <br><br> **WV-AMERICAN WATER CO.** <br> **P.O. BOX 371880** <br> **PITTSBURGH, PA 15250-7880** | | | **Consideration: Utilities** | | | | 400.05 |
| ACCOUNT NO.  RENT <br><br> **WYOMING VALLEY MALL** <br> **P.O. BOX 951776** <br> **CLEAVELAND, OH 44193** | | | **Consideration: Rent** | | | | 62,151.22 |
| ACCOUNT NO.  20-0 <br><br> **WYOMING VALLEY SANITARY** <br> **AUTHORITY** <br> **P.O. BOX 33A** <br> **WILKES-BARRE, PA 18703-1333** | | | **Consideration: Goods or Services** | | | | 157.92 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __79__ of __79__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ➤   $    63,074.38

                   Total ➤   $   2,532,212.91

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __Dijan, Inc._____  Case No. _____
            **Debtor**                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 321 DEVELOPMENT, LP.<br>205 NORTH MAIN AVENUE<br>SCRANTON, PA 18504 | 2232.00 Per Month<br><br>Lease on nonresidential real property |
| G.H. SCRANTON ASSOCIATES, LP<br>C/O S RIDGE MANAGEMENT, LLC<br>1000 NORTH FRONT ST, STE 500<br>WORMLEYSBURG, PA 17043 | 6623.00 Per month<br><br>Lease on nonresidential real property |
| MARK DEVELOPMENT CO.<br>P.O. BOX 1389<br>580 THIRD AVENUE<br>KINGSTON, PA 18704-1389 | 3743.00 Per Month |
| PR LYCOMING LIMITED PARTNERSHIP<br>NATIONAL CITY BANK<br>P.O. BOX 951740<br>CLEVELAND, OH 44193 | 10898.76 Per Month<br><br>Lease on nonresidential real property |
| RTM OPERATING COMPANY<br>ATTN: LAURA MCCOY STE 1200<br>1155 PERIMETER CENTER W,"<br>ATLANTA, GA 30338 | 4234.00 Per Month<br><br>Lease on nonresidential real property |
| RTM OPERATING COMPANY<br>ATTN:  LAURA MCCOY STE 1200<br>1155 PERIMETER CENTER<br>ATLANTA, GA 30338 | 5729.00 Per Month |
| RTM OPERATING COMPANY<br>ATTN:  LAURA MCCOY STE 1200<br>1155 PERIMETER CENTER W<br>ATLANTA, GA 30338 | 4714.00 Per Month<br><br>Lease on nonresidential real property |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re  **Dijan, Inc.**
_____
  **Debtor**

Case No. _____
  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US EXPRESS LEASING INC.<br>ATTN: DOUG HOLT<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | 1651.62 Per Month |
| US EXPRESS LEASING INC.<br>ATTN: DOUG HOLT<br>10 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | 2924.64 Per Month |
| TCF EXPRESS LEASING, INC.<br>PO BOX 77077<br>MINNEAPOLIS, MN 55480-7777 | 1651.00 Per Month |
| MAIN STREET BANK<br>23970 HWY 59 N<br>KINGWOOD, TX 77339 | 2,237.00 Per Month |
| MAIN STREET BANK<br>23970 HWY 59 N<br>KINGWOOD, TX 77339 | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc._____  Case No. _____
              __Debtor__                                                    __(if known)__

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Wallace Roy McDonald**<br>**1647 Forest Acres Dr.**<br>**Clarks Summit, PA 18411** | **Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** |
| **Stuart Moskovitz**<br>**120 Jermyn Dr.**<br>**Clarks Summit, PA 18411** | **Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** |
| **Jacob Nogi**<br>**517 Grandview Ave.**<br>**Clarks Summit, PA 18411** | **Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** |
| **Melvin Ufberg**<br>**7225 Pelican Bay Dr.**<br>**Naples, FL 34108** | **Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** |
| **Jay Nogi**<br>**6012 Dominion Fairways Place**<br>**Glen Allen, VA 23059** | **Wachovia Bank, Special Asset Management**<br>**600 Penn Street  PA6463**<br>**PO Box 1102**<br>**Reading, PA. 19603** |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

In re __Dijan, Inc.__            Case No. _____
_____
       **Debtor**                                 **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                        Debtor:

Date _____     Signature: _____
                                     (Joint Debtor, if any)

                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,     Social Security No.
of Bankruptcy Petition Preparer     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____     _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Dijan, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __95__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __August 11, 2010_____     Signature: __/s/ Wallace R. McDonald__
                                      __WALLACE R. MCDONALD__
                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In Re  **Dijan, Inc.**_____    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

─────────────────────────────

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2010 | 6,786,677.00 | FY: Nov.1 to June 30 |
| 2009 | 11,625,627.00 | |
| 2008 | 12,176,065.00 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.. ver.4.5.5.750 - 31957-301X-09710 - PDF-XChange 3.0

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                  SOURCE

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**6. Assignments and Receiverships**

None
☒
　　a.　　Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒
　　b.　　List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒
　　List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒
　　List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Brian E. Manning<br>Law Offices of Brian E. Manning<br>502 S. Blakely Street, Suite B<br>Dunmore, PA 18512 | July 2, 2010 | 12500.00 |
| Law Offices of Mark J. Conway<br>502 S. Blakely Street<br>Dunmore, PA 18512 | July 2, 2010 | 12500.00 |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Route 6 Enterprises LLC<br>Relationship: None | January 29, 2010 | Sold for 445,000.00 all proceeds to Wachovia |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.... ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**15. Prior address of debtor**

None 

      If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None 

      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

          NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

      a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

      b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dijan Inc.** | | | **Retail Food Sales** | **October 31, 1984 to Present** |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**19. Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐             bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                       DATES SERVICES RENDERED

**Michael W. Kohanski, CPA**                    **2003 to Present**
**3939 Birney Avenue**
**Moosic, PA 18507**

None    b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒             have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                 DATES SERVICES RENDERED

None    c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐             of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                       ADDRESS

**Debtor**

**Michael W. Kohanski, CPA**
**3939 Birney Avenue**
**Moosic, PA 18507**

None    d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐             financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                       DATE
                                                 ISSUED

**Wachovia Bank**                              **October 31, 2009**
**Special Asset Management**
**600 Penn Street   PA6463**
**PO Box 1102**
**Reading, Pa. 19603**

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.-- ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**20. Inventories**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **Monthly Inventory** | | **117,500.00** |

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Wallace Roy McDonald** | **President/Director** | **20% Shareholder** |
| **Jacob Nogi** | **Director** | **20% Shareholder** |
| **Melvin Ufberg** | **Director** | **20% Shareholder** |
| **Stuart Moskovitz** | **Secretary/Director** | **20% Shareholder** |
| **Jay Nogi** | **Director** | **20% Shareholder** |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*   \*   \*   \*   \*   \*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 11, 2010**                    Signature   **/s/ Wallace R. McDonald**

**WALLACE R. MCDONALD,
President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0**   continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____            _____
Signature of Bankruptcy Petition Preparer            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re   **Dijan, Inc.** _____ ,
                             Debtor

Case No. _____

Chapter    **11** _____

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
| --- | --- | --- |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc... ver. 4.5.5-750 - 31957-301X-09710 - PDF-XChange 3.0

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Dijan, Inc.**

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ........................................ $ ___**0.00**___

   Prior to the filing of this statement I have received ........……………….............. $ ___**12,500.00**___

   Balance Due .....................................……………………………….................. $ ___**0.00**___

2. The source of compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **The amount paid above is a security retainer from which fees for pre-petition preparation will be deducted when the case is filed. Billing against retainer at $250.00 per hour untill exceeded then to be paid by Debtor upon Court approval.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

August 11, 2010                                    /s/ Brian E. Manning
_____          _____
*Date*                                                      *Signature of Attorney*

                                                           Law Offices of Brian E. Manning
                                                           _____
                                                           *Name of law firm*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.-.ver. 4.5-5.750 - 31957-301X-09710 - PDF-XChange 3.0

321 DEVELOPMENT LP
205 NORTH MAIN AVENUE
SCRANTON PA 18504

ALL MECHANICAL
2521 CHASE ROAD
SHAVERTOWN PA 18708-9771

AQUA PENNSYLVANIA
PO BOX 1229
NEWARK NJ 07101-1229

A HOME TECH SERVICE COMPANY
1-3 SAINT JOHN STREET
PLAINS PA 18705

ALLEGHENY POWER
800 CABIN HILL DRIVE
GREENSBURG PA 15606

ARCET EQUIPMENT COMAPNY
PO BOX 10699
LYNCHBURG VA 24506-0699

ABBI CO INC
PO BOX 14384
READING PA 19612

ALLIED MECHANICAL INC
P O BOX 6329
BLUEFIELD WV 24701

ARCOP INC
1155 PERIMETER CENTER
WEST
SUITE 1000
ATLANTA GA 30338

ACTION FIRE  SAFETY EQUIPMENT
2336 RT 11
KIRKWOOD NY 13795

ALLIED MECHANICAL INC
PO BOX 6329
BLUEFIELD WV 24701

ARD INC
P O BOX 187
BLUEFIELD VA 24605

ADAMS ELECTRONICS
5312 MACCORKLE AVESW
SUITE 321
SOUTH CHARLESTON WV 25309

AMER EXP CORPORATE CARD
PO BOX 1270
NEWARK NJ 07101-1270

ARD INC
P O BOX 187
BLUEFIELD VA 24605

AFA SERVICE CORPORATION
P O BOX 890951
CHARLOTTE NC 28289-0951

AMERICAN LIGHTING
95 TRACEY ROAD
HANOVER PA 17331-9679

ASPEN PUBLISHERS
4829 INNOVATION WAY
CHICAGO IL 60682-0048

AIRGAS MID AMERICA
P O BOX 802615
CHICAGO IL 60680-2615

ANDREWS FOOD EQUIPMENT LLC
101 ROZALANNA BUSINESS PARK II
DUNBAR WV 25064

ATT
PO BOX 9001309
LOUISVILLE KY 40290-1309

AIRGAS MID-AMERICA
PO BOX 802615
CHICAGO IL 30680-2615

ANTRIM TOWNSHIP
PO BOX 130
10655 ANTRIM CHURCH RD
GREENCASTLE PA 17225

ATMOS ENERGY
PO BOX 9001949
LOUISVILLE KY 40290-1949

AIRGAS MID-AMERICA
PO BOX 802615
CHICAGO IL 60680-2615

APPALACHIAN POWER
PO BOX 24413
CANTON OH 44701-4413

B  B SIGNS
46 CHAMBERLAIN STREET
SCRANTON PA 18705

ALL MECHANICAL
2521 CHASE ROAD
SHAVERTOWN PA 18708

APPALACHIAN POWER COMPANY
PO BOX 24413
CANTON OH 44701-4413

B  N EQUIPMENT REPAIR
64 HARDY RD
JOHNSON CITY NY 13790

BL ZARGER PLUMBING  HEATING
13 SOUTH CARLISLE STREET
GREENCASTLE PA 17225

BENTLEY REFRIGERATION
RT 1 BOX 24
HINTON WV 25951

BEZAC EQUIPMENT COMPANY
3721 MAHONING AVENUE
YOUNGSTOWN OH 44515

BADGECO INC
PO BOX 336
REDFIELD AR 72132

BENTLEY REFRIGERATION
RT 1 BOX 24
HINTON WV 25951

BHI ADVANCED INTERNET
SOLUTIONS
7599 CORPORATE WAY
EDEN PRARIE MN 55344

BARTUSH SIGNS INC
302 NORTH WASHINGTON STREET
ORWIGSBURG PA 17961

BERKS SECURITY
440 PENN AVENUE
WEST READING PA 19611

BLADE UNIFORM DIV OF
SUPERIOR UNIFORM GROUP
PO BOX 932058
ATLANTA GA 31193-2058

BECKLEY NEWSPAPERS
801 NORTH KANAWHA STREET
BECKLEY WV 25801

BERKADIA CAPTEC
118 WELSH RD
HORSHAM PA 19044

BLASTAIR MECHANICAL
4427 12TH AVE
TEMPLE PA 19560

BECKLEY WELDING SUPPLY
3331 ROBERT C BYRD DRIVE
PO BOX 1027
BECKLEY WV 25802-1027

BERKS SECURITY LOCKSMITH  SAFE
SERVICE INC
440 PENN AVE
WEST READING PA 19611

BOROUGH OF GREENCASTLE
60 N WASHINGTON STREET
GREENCASTLE PA 17225

BELTRAM FOODSERVICE GROUP
6800 NORTH FLORIDA AVE
TAMPA FL 33604

BEZAC EQUIPMENT CO
3721 MAHONING AVENUE
YOUNGSTOWN OH 44515

BORSDAMS INC
1903 ROOSEVELT HIGHWAY
HONESDALE PA 18431

BENCHMARK ANALYTICS
4777 SAUCON CREEK ROAD
CENTER VALLEY PA 18034

BEZAC EQUIPMENT CO
3721 MAHONING AVE
YOUNGSTOWN OH 44515

BOVA PROPERTY
MAINTENANCE
135 LUMBER LN
NEW RINGGOLD PA 17960

BENCHMARK ANALYTICS
4777 SAUCON CREEK ROAD
CENTER VALLEY PA 18034-9004

BEZAC EQUIPMENT CO
3721 MAHONING AVENUE
YOUNGSTOWN OH 44515

BUREAU FOR CHILD SUPPORT
ENFORCEMENT
PO BOX 247
CHARLESTON WV 25321

BENNETT ELECTRIC INC
P O BOX 640
PROSPERITY WV 25909

BEZAC EQUIPMENT COMPANY
3721 MAHONING AVE
YOUNGSTOWN OH 44515-5030

BUTTER KRUST
249 N 11TH ST
SUNBURY PA 17801

BENTLEY REFRIGERATION
RT 1 BOX 24
HINTON WV 25951

BEZAC EQUIPMENT COMPANY
3721 MAHONING AVE
YOUNGSTOWN OHIO 44515

BUTTER KRUST
249 N 11TH ST
SUNBURY PA 17801

BUTTER KRUST
249 N 11TH ST
SUNBURY PA 17801

CHARLESTONHUNTING CO-OP
CO JONES KOHANSKI
3939 BIRNEY AVE
MOOSIC PA 18507

COREY BROTHERS INC
P O BOX 166
CHARLESTON WV 25321

BUTTER KRUST
249 N 11TH ST
SUNBURY PA 17801-2450

CINTAS CORPORATION LOC 101
PO BOX 630910
CINCINNATI OH 45263-0910

CRISPINOS REFRIGERATION
P O BOX 527
DALTON PA 18414

BUTTER KRUST BAKING CO
249 N 11TH ST
SUNBURY PA 17801

CINTAS FIRE PROTECTION LOC F50
P O BOX 636525
CINCINNATI OH 45263-6525

CRISPINOS REFRIGERATION
AIR CONDITIONING INC
PO BOX 527
DALTON PA 18414

BUTTER KRUST BAKING CO INC
249 N 11TH ST
SUNBURY PA 17801-2450

CINTAS FIRE PROTECTION LOC F50
P O BOX 636525
CINCINNATI OH 45263-6525

CROOK BROTHERS
599 MARKET ROAD
BECKLEY WV 25801

CAPITAL ELECTRIC LLC
326 DOGWOOD LANE
WOMELSDORF PA 19567

CITY OF CHARLESTON
FINANCE DEPARTMENT
PO BOX 2749
CHARLESTON WV 25330-2749

CROSIERS SANITARY SERVICE
INC
HC 65 BOX 84
ANSTED WV 25812-9718

CARPINET PLUMBING  HEATING INC
75 EAST EIGHT STREET
WYOMING PA 18644-2019

CITY OF PRINCETON
100 COURTHOUSE ROAD
PRINCETON WV 24740

DARLING INTERNATIONAL INC
P O BOX 552210
DETROIT MI 48255-2210

CARPINET PLUMBING  HEATING INC
75 EAST EIGHTH STREET
WYOMING PA 18644-2019

CLOPPERS HOOD CLEANING
353 CENTER ST
CHAMBERSBURG PA 17201

DAVIS  COMPANY
1705 BALTIC AVENUE
VIRGINIA BEACH VA 23451

CENTURY LINK
PO BOX 96064
CHARLOTTE NC 28296-0064

COAKE AND STEPHENS ELECTRIC
4942 EAST LEE HWY
MAX MEADOWS VA 24360

DELUXE BUSINESS CHECKS
AND SOLUTIONS
P O BOX 742572
CINCINNATI OH 45274-2572

CENTURYLINK
PO BOX 96064
CHARLOTTE NC 28296-0064

COLUMBIA GAS OF PA
PO BOX 830012
BALTIMORE MD 21283-0012

DISCOUNT TAPE N ROLL
246 E 131ST STREET
CLEVELAND OH 44118

CHARLES STEUHL  SONS
P O BOX 97
GREELEY PA 18425

COMMERCIAL ELECTRONICS
3421 HOLLENBERG DRIVE
BRIDGETON MO 63044

DISPOSAL MANAGEMENT
SERVICES INC
154 QUARRY ROAD
COAL TOWNSHIP PA 17866

DODSON PEST CONTROL
PO BOX 553
BLUEFIELD WV 24701-0553

FIRE SAFETY PRODUCTS INC
P O BOX 5090
CHRISTIANSBURG VA 24068

GH SCRANTON ASSOCIATES LP
CO S RIDGE MANAGEMENT LLC
1000 NORTH FRONT ST STE 500
WORMLEYSBURG PA 17043

DON WILKINSON AGENCY
1144 WYOMING AVENUE
FORTY FORT PA 18704

FIRE SAFETY PRODUCTS INC
PO BOX 5090
CHRISTIANSBURG VA 24068

GEORGE WELDING SUPPLY CO
205 TOMBS LANE
MONTOURSVILLE PA 17754

DON WILKINSON AGENCY
PO BOX 347
BERWICK PA 18603

FIRE SAFETY PRODUCTS INC
PO BOX 5090
CHRISTIANSBURG VA 24073

GLEN CARBONIC GAS CO
P O BOX 650
PLYMOUTH PA 18651

DRESSEL WELDING SUPPLY INC
PO BOX 2028
YORK PA 17405

FIRE SAFETY PRODUCTS INC
PO BOX 5090
CHRISTIANSBURG VA 24068

GLEN CARBONIC GAS CO
PO BOX 650
PLYMOUTH PA 18651

EM REFRIGERATION  REPAIRS
251 EIGENBRODE DRIVE
MCCONNELLSBERG PA 17233

FIRE SAFETY PRODUCTS INC
PO BOX 5090
CHRISTIANSBURG VA 24068

GLEN CARBONIC GAS CO
P O BOX 650
PLYMOUTH PA 18651

EARTHGRAINS  SARA LEE BAKERY GROUP
P O BOX 4412
BRIDGETON MO 63044-4412

FOOD AUTOMATION - SERVICE TECHNIQUES
INC
P O BOX 1181
BRIDGEPORT CT 06601

GLEN CARBONIC GAS CO
PO BOX 650
PLYMOUTH PA 18651

ELCO MECHANICAL CONTRACTORS
P O BOX 349
CHARLESTON WV 25322

FOOD SERVICE SUPPLIES INC
PO BOX 65206
CHARLOTTE NC 28265-0206

GLEN SUMMIT SPRINGS
WATER
COMPANY INC
PO BOX 129
MOUNTAINTOP PA 18707-0129

EMPIRE SCHUYLKILL LP
THE BANCORP BANK
ATTN  PAULA MATHEWS
PHILADELPHIA PA 19103

FRANCIS HEINBACH
PINE GROVE TOWNSHIP TAX COLLECT
20 BROOKSIDE ROAD
PINE GROVE PA 17963

GREAT AMERICAN LEASING
CORP
PO BOX 660831
DALLAS TX 75266-0831

ENERGY MANAGEMENT SYSTEMS
ACCTS RECEIVABLE DEPT 1551
PO BOX 538
MALVERN PA 19355

FRANKLIN MACHINE PRODUCTS INC
PO BOX 8500 S-41570
PHILADELPHIA PA 19178

GREAT BEND HOLDINGS
PO BOX 239
HARFORD PA 18823

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH PA 15250-7461

FRONTIER
P O BOX 20550
ROCHESTER NY 14602-0550

GUARD INSURANCE GROUP
PO BOX 62479
BALTIMORE MD 21264-2479

HAB-BPT
BERKHEIMER ASSOCIATES
325-A N POTTSTOWN PIKE
EXTON PA 19341-2290

HURST SIGN COMPANY INC
1138 CAPOUSE AVE
SCRANTON PA 18509

INTERNATIONAL
ENVIRONMENTAL MANAGEM
24516 NETWORK PLACE
CHICAGO IL 60673-1245

HAGERSTOWN PAINT  GLASS COMPANY
18136 OAK RIDGE DRIVE
HAGERSTOWN MD 21740

I SUPPLY COMPANY
1255 SPANGLER ROAD
PO BOX 1739
FAIRBORN OH 45324

INTERNATIONAL
ENVIRONMENTAL
MANAGEMENT INC
24516 NETWORK PLACE
CHICAGO IL 60673-1245

HALLSTEAD GREAT BEND JOINT SEWER
AUTHORITY
PO BOX 747
GREAT BEND PA 18821-0747

INDEPENDENCE COMM INC
P O BOX 7519
PHILADELPHIA PA 19101-7519

J  J HVAC  REFRIGERATION
LLC
28 TAMAQUA STREET
TAMAQUA PA 18252

HARTFORD INSURANCE CO OF THE
MIDWEST
FLOOD INSURANCE PROCESSING CENT
PO BOX 410024
SALT LAKE CITY UT 84141-0024

INDEPENDENCE COMM INC
PO BOX 7519
PHILADELPHIA PA 19101-7519

J  M HEATING  AIR
CONDITIONING
367 DAYTONA DR
PRINCETON WV 24740

HATFIELD LAWN  LAND
229 CABELL HTS ROAD
BECKLEY WV 25801

INDEPENDENCE COMM INC
PO BOX 7519
PHILADELPHIA PA 19101-7519

JC EHRLICH
P O BOX 13848
READING PA 19612-3848

HLAVATY PLUMB-HEAT-COOL
86 EAST POTTSVILLE STREET
PINE GROVE PA 17963

INDEPENDENCE COMMUNICATIONS INC
PO BOX 7519
PHILADELPHIA PA 19101-7519

JC EHRLICH
PO BOX 13848
READING PA 19612-3848

HM ELECTRONICS
14110 STOWE DRIVE
POWAY CA 92064

INDEPENDENCE COMMUNICATIONS INC
P O BOX 7519
PHILADELPHIA PA 19101-7519

JC EHRLICH CO INC
149 W CEMETERY ST
ASHLEY PA 18706

HOBART
1335 RT 315 PLAINS TWP
WILKES BARRE PA 18702

INDEPENDENCE COMMUNICATIONSINC
P O BOX 7519
PHILADELPHIA PA 19101-7519

JC EHRLICH CO INC
P O BOX 13848
READING PA 19612-3848

HOLMES UPHOLSTERING
570 CEMETERY DR
HUGHESVILLE PA 17737

INDUSTRIAL STEM CLEANING OF PA
PO BOX 4006
READING PA 19606

JC EHRLICH CO INC
PO BOX 13848
READING PA 19612

HURST SIGN COMPANY INC
1138 CAPOUSE AVENUE
SCRANTON PA 18509

INTERNAL REVENUE SERVICE
P O BOX 21126
PHILADELPHIA PA 19114

JC EHRLICH CO INC
PO BOX 13848
READING PA 19612-3848

JC EHRLICH CO INC
PO BOX 13848
READING PA 19612

K-KLEEN INC
P O BOX 18706
ASHLEY PA 18706

KLINES
5 HOLLAND STREET
SALUNGA PA 17538

JC EHRLICH COINC
PO BOX 13848
READING PA 19612-3848

KAPP ADVERTISING SERVICE
PO BOX 40
LEBANON PA 17042

KNERR HEATING AIR COND
REFRIGER
PO BOX 235
LANDISBURG PA 17040

JACOB NOGI
517 GRANDVIEW AVE
CLARKS SUMMIT PA 18411

KAPPUS COMPANY
P O BOX 76111
CLEVELAND OH 44101-4755

KOBERLEIN SEPTIC CLEANING
R R 4 BOX 4116
HONESDALE PA 18431

JAY NOGI
6012 DOMINION FAIRWAYS PLACE
GLEN ALLEN VA 23059

KAPPUS COMPANY
PO BOX 76111
CLEVELAND OH 44101-4755

KWIK KAFE COMPANY INC
204 FURNACE STREET
BLUEFIELD VA 24605

JERRY HILBERT LLC
2350 PENNSYLVANIA AVE
CHARLESTON WV 25302

KAUFMAN DOLOWICH VOLUCKLLP
135 CROSSWAYS PARK DRIVE STE 2
WOODBURY NY 11797

KWIK KAFE COMPANY INC
204 FURNACE STREET
BLUEFIELD VA 34605

JIM CANDERS LTD
PO BOX 545
WEST SAND LAKE NY 12196

KING OUTDOOR ADVERTISING CO
PO BOX 912
SCRANTON PA 18501

KWIK KAFE COMPANY INC
204 FURNACE STREET
BLUEFIELD WV 24605

JOES DISPOSAL SERVICE INC
PO BOX 897
HALLSTEAD PA 18822-0897

KINT
PO BOX 60490
1300 CROOKED HILL ROAD
HARRISBURG PA 17110

LEBER ELECTRIC INC
1017 W LACKAWANNA AVENUE
SCRANTON PA 18504

JONES KOHANSKI
3939 BIRNEY AVENUE
MOOSIC PA 18507

KISTLER OBRIEN
2210 CITY LINE ROAD
BETHLEHEM PA 18017-2171

LECCE ELECTRIC INC
1843 LIBERTY DR
WILLIAMSPORT PA 17701

JOSEPH WELLS
11 NORTH WALNUT ST
WILKES BARRE PA 18702

KISTLER OBRIEN FIRE PROTECTION
2210 CITY LINE ROAD
BETHLEHEM PA 18017-2171

LONG LIFE LIGHTING SIGN
665 PERIMETER RD
GREENVILLE SC 29605

KD FACTORY SERVICE INC
1833-41 N CAMERON ST
HARRISBURG PA 17103

KISTLER-OBRIEN FIRE
2210 CITY LINE ROAD
BETHLEHEM PA 18017

LUSK DISPOSAL SERVICE INC
PO BOX 300
BLUEFIELD WV 24701

LYCO MICRO
2035 LCOMING CREEK ROAD
WILLIAMSPORT PA 17701-1206

MCGOVERN  COMPANY INC
2454 PAPOOSE COVE
AUBURN PA 17922

MULLIGAN PRINTING CORP
312 MILE ROAD
TUNKHANNOCK PA 18657

MS JOHNSTON CO INC
13261 PENNSYLVANIA AVE
HAGERSTOWN MD 21742-2698

MCLAUGHLINS LANDSCAPING UNLIMITED
467 REAR GROVE STREET
PRINGLE PA 18704

MUNICIPALITY OF KINGSTON
500 WYOMING AVENUE
KINGSTON PA 18704

MACCARL FOOD EQUIPMENT INC
814 READING STREET
HARRISBURG PA 17104

MELVIN UFBERG
7225 PELICAN BAY DR
NAPLES FL 34108

MUZAK
FOCUS FOUR LLC
P O BOX 534558
ATLANTA GA 30353-4558

MAIN STREET BANK
23970 HWY 59 N
KINGWOOD TX 77339

MICROBAC NEW YORK
PO BOX 5150
CORTLAND NY 13045-5150

MUZAK LLC
PO BOX 71070
CHARLOTTE NC 28272-1070

MAN LEVY NOGI INC
PO BOX S
CLARKS SUMMIT PA 18411

MOBILE WORKS LLC
12300 COOL HOLLOW RD
GREENCASTLE PA 17225

MUZAK
PO BOX 71070
CHARLOTTE NC 28272-1070

MAN LEVY AND NOGI INC
PO BOX S
CLARKS SUMMIT PA 18411

MODLEYS PLUMBING  HEAT
101 FIRST STREET
P O BOX 1757
BECKLEY WV 25802-1757

MUZAK-LLC
PO BOX 71070
CHARLOTTE NC 28272-1070

MARK DEVELOPMENT CO
PO BOX 1389
580 THIRD AVENUE
KINGSTON PA 18704-1389

MOPAC
BOX 2931
PO BOX 8500
PHILADELPHIA PA 19178-2931

NE PA BUSINESS ASSOCINC
613 BALTIMORE DRIVE
E MOUNTAIN CORP CENTER
WILKES-BARRE PA 18702

MASTER CONTRACTORS INC
711 WASHINGTON BLVD
WILLIAMSPORT PA 17701

MOR-TRONICS CO
17 MILL STREET
WILKES BARRE PA 18705

NIEMIEC CONSULTING
814 DALE DRIVE
SCRANTON PA 18504

MATTHEW TASHMAN ESQUIRE
2500 ONE LIBERTY PLACE
1650 MARKET STREET
PHILADELPHIA PA 19103

MOUNTAIN STATE REFRIGERATION
237 GREENWOOD DR
WILLIAMSTOWN WV 26187

NITRO LOCK-N-KEY
102 MAIN AVENUE
NITRO WV 25143

MBM CORPORATION
PO BOX 933026
ATLANTA GA 31193-3026

MOUNTAINEER GAS COMPANY
P O BOX 362
CHARLESTON WV 25322-0362

NOGI APPLETONWEINBERGER
NOGI APPLETON WEINBERGER
WREN
415 WYOMING AVENUE
SCRANTON PA 18503

NORTH BECKLEY PUBLIC
SERVICE DISTRICT
122 CLEAR WATER LANE
BECKLEY WV 25801-9801

PENNSYLVANIA DEPARTMENT OF REVENUE
DEPARTMENT 280946
ATTN BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

POTOMAC POWER WASHING
INC
10 WEST POTOMAC ST
PO BOX 158
WILLIAMSPORT MD 21795

NUCO2
PO BOX 9011
STUART FL 34995

PENNSYLVANIA SCDU
PO BOX 69112
HARRISBURG PA 17106-9112

PP L
2 NORTH 9TH STREET
RPC-GENN1
ALLENTOWN PA 18101-1175

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15363
ALBANY NY 12212-5363

PEPSI - COLA
PO BOX 75948
CHICAGO IL 60675-5948

PPL ELECTRIC UTILITIES
2 NORTH 9TH STREET
RPC-GENNI
ALLENTOWN PA 18101-1175

OLD DOMINION SECURITY SERVICES
P O BOX 711
CHRISTIANSBURG VA 24016

PEPSI-COLA
PO BOX 75948
CHICAGO IL 606755948

PPL ELECTRIC UTILITIES
TWO NORTH NINTH STREET
ALLENTOWN PA 18101

PA WITHHOLDING TAX
BUREAU OF COMPLIANCE
4TH  WALNUT ST STRAWBERRY SQ
HARRISBURG PA 17128

PEPSI-COLA
PO BOX 75948
CHICAGO IL 606755948

PR LYCOMING LIMITED
PARTNERSHIP
NATIONAL CITY BANK
PO BOX 951740
CLEVELAND OH 44193

PANE FREE WINDOW CLEANING LLC
P O BOX 1002
DUNBAR WV 25064

PEST CONTROL PLUS INC
32786 GOVERNOR G C PEERY HWY
NORTH TAZEWELL VA 24630

PREIT
FBO NORDEUTSCHE
LANDESBANK
GIROZENTRALE NY BANK AS
AGENT
CLEVELAND OH 44193

PAR TECH
PO BOX 201133
HOUSTON TX 77216-1133

PEST CONTROL PLUS INC
32786 GOVERNOR G C PERRY HWY
NORTH TAZEWELL VA 24630

PREMIERE PROPERTY
SERVICES
1695 BEDFORD ROAD
SHIPPENSBURG PA 17257

PASSARIELLO SANITATION SERVICES
1304 ACADEMY STREET
SCRANTON PA 18504

PHILS WINDOW CLEANING SERVICE
PO BOX 407
READING PA 19607

PRIME RATE FINANCE
CORPORATIONINC
PO BOX 100507
FLORENCE SC 29502-0507

PEGGY J DICKSON TAX COLLECTOR
FRANKLIN COUNTY TAX CLAIM BUREAU
2 N MAIN STREET
CHAMBERSBURG PA 17201

PINE GROVE AREA SCHOOL DISTRICT
401 N 2ND STREET
POTTSVILLE PA 17901

PRINCETON SANITARY BOARD
327 S WICKHAM AVE
P O BOX 4950
PRINCETON WV 24740-4950

PENELEC
PO BOX 3687
AKRON OH 44309-3687

PITNEY BOWES CREDIT CORP
PO BOX 856460
LOUISVILLE KY 40285-6460

PRISM DATA SYSTEMS
16108 UNIVERSITY OAK
SAN ANTONIO TX 78249

PRO CARE FLOOR AND WINDOW CARE INC
8 SPRUCE ST SUITE A
PINE GROVE PA 17963

RW DITTMAR PLB-HTG OIL COMPANY
1381 MUNCY EXCHANGE ROAD
MUNCY PA 17756

ROBERT J GILLESPIE JR
ESQUIRE
GILLESPIE MISCAVIGE
FERDINAND BARANKO LLC
67 NORTH CHURCH STREET
HAZLETON PA 18201

PROTECTIVE LIFE INSURANCE CO
P O BOX 105638
ATLANTA GA 30348-5638

RACEWAY MANAGEMENT CO INC
PO BOX 239
HARFORD PA 18823

ROBERTS OXYGEN COMPANY
INC
15830 REDLAND ROAD
PO BOX 5507
ROCKVILLE MD 20855

PURCHASE POWER
PO BOX 856042
LOUISVILLE KY 40285-6042

RAVENWOOD COMPUTER SERVICES
2587 STATE ROUTE 1018
HALLSTEAD PA 18822

ROGER KNOLL CONSTRUCTION
114 MIDDLE SPRING ROAD
SHIPPENSBURG PA 17257

QUALITY AIR MECHANICAL INC
999 SOUTH MAIN ST
S WILLIAMSPORT PA 17702

REAFORD SIGN COMPANY INC
1103 CENTRAL AVE
CHARLESTON WV 25302

ROTO-ROOTER
PO BOX 454
BRISTOL VA 24203

QUALITY CONTROL LAB
1205 INDUSTRIAL BLVD
PO BOX 514
SOUTHHAMPTON PA 18966-0514

REAFORD SIGNS
1103 CENTRAL AVENUE
CHARLESTON WV 25302

ROTO-ROOTER SEWER DRAIN
131 CROSS ROAD
BLOOMSBURG PA 17815

QUALITY CONTROL LAB
PO BOX 514
SOUTHAMPTON PA 18966-0514

REFRESH TECHNOLOGIES
2772 LAKE VISTA DRIVE
BUFORD GA 30519

RTM OPERATING COMPANY
ATTN LAURA MCCOY STE 1200
1155 PERIMETER CENTER
ATLANTA GA 30338

QUALITY CONTROL LABORATORIES
1205 INDUSTRIAL BLVD
PO BOX 514
SOUTHAMPTON PA 18966-0514

RICHARD SCHIRG SONS INC
RD 3 BOX 10
DALTON PA 18414

RTM OPERATING COMPANY
ATTN LAURA MCCOY STE 1200
1155 PERIMETER CENTER W
ATLANTA GA 30338

QUALITY CONTROL LABS
1205 INDUSTRIAL BLVD
PO BOX 514
SOUTHAMPTON PA 18966-0514

RICHARD SCHIRG SONS INC
RD 3 BOX 10
DALTON PA 18414

RTM OPERATING COMPANY
ATTN LAURA MCCOY STE 1200
1155 PERIMETER CENTER W
ATLANTA GA 30338

R R SEPTIC SERVICES
3572 PEPPERS FERRY RD
WYTHEVILLE VA 24382

RICKS REFRIGERATION HEATING INC
2730 MAIN STREET
MAHANOY PLANE PA 17949

SADLERS HEATING SUPPLY
ROUTE 1 BOX 1A
BLAND VA 24315

RF TECHNOLOGIES INC
PO BOX 142
BETHALTO IL 62010-1818

ROANOKE ADI ORGANIZATION
CO DOPKINS CO LLP
200 INTERNATIONAL DRIVE
BUFFALO NY 14221

SCHUYLKILL CTY MUN AUTH
221 SO CENTRE STREET
POTTSVILLE PA 17901

SCRAN PARKING AUTHORITY
140 ADAMS AVENUE
SCRANTON PA 18503

STANLEY STEEMER
520 16TH STREET
DUNBAR WV 25064

SUNRISE WINDOW CLEANING
INC
113 BRINK HILL ROAD
GREENTOWN PA 18426

SECURITY MUTUAL LIFE
INSURANCE CO OF NY
PO BOX 1625
BINGHAMTON NY 13902

STANLEY STEEMER - BECKLEY
520 SIXTEENTH STREET
DUNBAR WV 25064

SUSQUEHANNA FIRE EQUIP
PO BOX 209
DEWART PA 17730

SEEWALD LABORATORIES
1403 W FOURTH STREET
WILLIAMSPORT PA 17701

STANLEY STEEMER-BECKLEY
520 16TH STREET
DUNBAR WV 24701

T T HEATING
123 CARLISLE ST
WILKES BARRE PA 18702

SERVICECHECK INC
PO BOX 101373
ATLANTA GA 30392

STAPLES CREDIT PLAN
DEPT 82-0003366465
P O BOX 689020
DES MOINES IA 50368-9020

TANYA GIBBONS
WAYNE COUNTY COURTHOUSE
925 COURT STREET
HONESDALE PA 18431

SHERIFF OF KANAWHA COUNTY
KANAWHA COUNTY SHERIFF
409 VIRGINIA ST E RM 120
CHARLESTON WV 25301

STATE TAX DEPARTMENT
ACCOUNTING DIVISION
PO DRAWER 1667
CHARLESTON WV 25326-1667

TAYLOR FREEZER SALES
PO BOX 5807
2032 ATLANTIC AVE
CHESAPEAKE VA 23324-0938

SINKING SPRINGS 2 LP
WHARTEN REALTY
8 INDUSTRIAL WAY EAST
EATONTOWN NJ 07724

STATE TAX DEPARTMENT
COMPLIANCE DIVISION
PO BOX 229
CHARLESTON WV 25321-0229

TAYLOR PRODUCTS INC
255 RARITAN CENTER
PARKWAY
P O  BOX 6748
EDISON NJ 08837

SONIA YASHICA REAL ESTATES LLC
4950 DUNHAM DRIVE
READING PA 19606

STATEWIDE SERVICE
1024 SOUTH FAYETTE ST
BECKLEY WV 25801

TAYLOR PRODUCTS INC
255 RARITAN CENTER
PARKWAY
P O BOX 6748
EDISON NJ 08837

SOUTH SCHUYLKILL PRINTING  PUBLISHING
960 E MAIN ST
PO BOX 178
SCHUYLKILL HAVEN PA 17972

STEVEN POWELL
1600 HILL AVE
APT 36
BLUEFIELD WV 24701

TAYLOR PRODUCTS INC
255 RARITAN CENTER
PARKWAY
PO BOX 6748
EDISON NJ 08837

SPILMAN THOMAS  BATTLEPLLC
300 KANAWHA BOULEVARD EAST
PO BOX 273
CHARLESTON WV 25321-0273

STUART MOSKOVITZ
120 JERMYN DR
CLARKS SUMMIT PA 18411

TCF EXPRESS LEASING INC
PO BOX 77077
MINNEAPOLIS MN 55480-7777

STANDARD EXTERMINATING CO
905 7TH AVENUE
CHARLESTON WV 25302

SUE MYERS TAX COLLECTOR
7 SOUTH CARLISLE STREET
PO BOX 154
GREENCASTLE PA 17225

THE CITIZENS VOICE
75 N WASHINGTON ST
WILKES-BARRE PA 18711

THE PAPER CLIP
103 W MAIN STREET
WYTHEVILLE VA 24382

UTI SOLUTIONS INC
11 SAYER AVENUE
CHERRY HILL NJ 08002

VERIZON
PO BOX 28000
LEHIGH VALLEY PA 18002-8000

THE WAYNE INDEPENDENT
220 8TH STREET
HONDESDALE PA 18431

VA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND VA 23218-1777

VISTASCRUB WINDOW
CLEANING
2301 ROXALANA ROAD
DUNBAR WV 25302

TOWN OF WYTHEVILLE
PO DRAWER 533
WYTHEVILLE VA 24382-0533

VA DEPT OF TAXATION
PROCESSING SERVICES DIV
PO BOX 1202
RICHMOND VA 23209

W J STRICKLER SIGNS
3999 CARLISLE PIKE
PO BOX 175
NEW OXFORD PA 17350

TOWN OF WYTHEVILLE
WATER  SEWER DEPT
PO DRAWER 441
WYTHEVILLE VA 24382

VA DEPT OF TAXATION
PO BOX 26626
RICHMOND VA 23261-6626

WACHOVIA BANK SPECIAL
ASSET MANAGEMENT
600 PENN STREET  PA6463
PO BOX 1102
READING PA 19603

TRAFFIC GENERATORS
P O BOX 533065
CHARLOTTE NC 28290-3065

VALLEY PROTEINS INC
PO BOX 643393
CINCINNATI OH 45264-3393

WACHOVIA BANK SPECIAL
ASSET MANAGEMENT
600 PENN STREET  PA6463
PO BOX 1102
READING PA 19603

UGI PENN NATIONAL GAS INC
P O BOX 71204
PHILADELPHIA PA 19176

VECTOR SECURITY
23 CASEY AVENUE
WILKES-BARRE PA 18702

WACHOVIA BANK SPECIAL
ASSET MANAGEMENT
600 PENN STREET  PA6463
PO BOX 1102
READING PA 19603

UGI PENN NATURAL GAS INC
PO BOX 71204
PHILADELPHA PA 19176-6204

VERIZON
P O BOX 28000
LEHIGH VALLEY PA 18002-8000

WAGNER FOOD EQUIPMENT
INC
P O BOX 7047
ROANOKE VA 24019-0047

UGI UTILITIES INC
PO BOX 13009
READING PA 19612-3009

VERIZON
PO BOX 28000
LEHIGH VALLEY PA 18002-8000

WALLACE ROY MCDONALD
1647 FOREST ACRES DR
CLARKS SUMMIT PA 18411

UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPIA PA 19170-0001

VERIZON
PO BOX 660720
DALLAS TX 75266-0720

WARS LLC COMPUTERS
155 ADDISON AVE
GREENCASTLE PA 17225

US EXPRESS LEASING INC
ATTN DOUG HOLT
10 WATERVIEW BLVD
PARSIPPANY NJ 07054

VERIZON
PO BOX 28000
LEHIGH VALLEY PA 18002

WASTE INDUSTRIES INC
P O BOX 580495
CHARLOTTE NC 28258-0495

WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA PA 19101-3648

WILLOW RUN FOODS
PO BOX 1350
BINGHAMTON NY 13902-1350

WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA PA 19101-3648

WILLOW RUN FOODS
POBOX 1350
BINGHAMTON NY 13902-1350

WASTE MANAGEMENT INC
P O BOX 13648
PHILADELPHIA PA 19101-3648

WILSON SUPPLY COMPANY
PO BOX 870
CUMBERLAND MD 21502

WASTE MANAGEMENT INC
P O BOX 13648
PHILADELPHIA PA 19101-3648

WOLFGANG SOMMER PLG HEATING
COOLING
44 WILLOW AVE
TREMONT PA 17981

WASTE MANAGEMENT OF CENTRAL PA
PO BOX 13648
PHILADELPHIA PA 19101-3648

WV-AMERICAN WATER CO
PO BOX 371880
PITTSBURGH PA 15250-7880

WASTE MANAGEMENT OF WV
P O BOX 13648
PHILADELPHIA PA 19101-3648

WV-AMERICAN WATER CO
PO BOX 371880
PITTSBURGH PA 15250-7880

WBSCRANTON ADV CO-OP
3939 BIRNEY AVENUE
PA 18507

WYOMING VALLEY MALL
PO BOX 951776
CLEAVELAND OH 44193

WBSCRANTON ADV CO-OP
CO JONESKOHANSKI
3939 BIRNEY AVENUE
MOOSIC PA 18507

WYOMING VALLEY SANITARY AUTHORITY
PO BOX 33A
WILKES-BARRE PA 18703-1333

WILLOW RUN FOODS
P O BOX 1350
BINGHAMTON NY 13902-1350

XEROX CORP
PO BOX 827598
PHILADELPHIA PA 19182-7598

WILLOW RUN FOODS
PO BOX 1350
BINGHAMTON NY 13902