# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DIJAN, INC. | Case No. 5-10-06556 |
| Debtor | Chapter 11 |

## DEBTOR'S MOTION TO CONVERT TO CHAPTER 7

AND NOW, comes the Debtor, by and through its attorney, Brian E. Manning, Esquire, and file the following Motion and in support thereof allege:

1. On, August 11, 2010, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("Code").

2. The Debtor continues to manage its assets and operate its business as debtor-in-possession pursuant to Section 1101 et seq., of the Code.

3. No creditor's committee has been appointed in this matter.

4. The Debtor is eligible to be a Debtor under Chapter 7 of the Bankruptcy Code and pursuant to 11 U.S.C. § 1112(a) it has the right to seek conversion to Chapter 7.

5. Notice of the instant Motion is being provided to the Office of the United States Trustee via ECF.

WHEREFORE, the Debtor respectfully requests that this Court enter an order converting the Case to Chapter 7, and that it be granted such other and further relief as the court deems just and appropriate under the circumstances.

                Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: July 18, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DIJAN, INC. | Case No. 5-10-06556 |
| Debtor | Chapter 11 |

## ORDER GRANTING DEBTORS' MOTION TO CONVERT TO CHAPTER 7

AND NOW, upon consideration of the Motion of the Debtor to Convert to Chapter 7, the Motion is GRANTED and the case is converted to a proceeding under Chapter 7.